# **CRIMINAL CAUSE FOR DETENTION HEARING**

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** December 11, 2015
**TIME:** 10:00 to 11:20 (1 Hrs. 20 Mins.)

**DOCKET:** 15-CR-0627 (LDW)
**TITLE:** USA v. Burke

**APPEARANCES:**
- **James Burke (deft # 1)**
  - Present
  - In Custody
  - Represented by **Joseph R. Conway (Retained) and Nancy Lynn Bartling (Retained)**

- United States of America
  - Represented by **Lara Treinis Gatz, AUSA and James Miskiewicz, AUSA**

- Court Reporter: **Paul Lombardi**

- Courtroom Deputy: Cathy Vukovich

-----------------------------------------------------------------

✓ Case called.

✓ Detention Hearing held.

✓ Exhibits entered into evidence.

✓ For reasons as stated on the record, it is hereby **ORDERED** that the defendant be detained pending trial.

✓ Detention Order Pending Trial executed.

✓ Status Conference set for **January 6, 2016 at 11:00 AM** in Courtroom 940 before Judge Leonard D. Wexler.

✓ Defendant does not waive Speedy Trial.

✓ Defendant remanded to the custody of the US Marshal Service.

✓ Proceedings concluded.