# Exhibit 10

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11787

Dear Judge Wexler,

My name is Michael Burke, I am James Burkes brother. Our parents were divorced at a young age and we grew up in Queens with our mother, grandparents and an uncle (a Purple Heart veteran) in a railroad house. Although we didn't have much, our early years were concentrated on family values, respect for others, hard work, and striving to be successful. We both focused on efforts to excel in school and make our family proud of our work ethic.

As time went on, it was apparent that James would be an individual who set and accomplished goals for himself. I was always anxious to follow his lead and become successful myself. When he joined the police department, I knew immediately he was going to rise through the ranks as his career progressed. He has become one of the most highly decorated officials in the Suffolk County Police Department. His awards and achievements show his dedication to be the best he could be. Many officers, civilians and family members still look up to James, even after this incident.

Despite James' dedication to his work, he always took care of his family on every level possible. He is a great leader, and everyone I know respects his opinion in all categories of life. He has been instrumental in the success of hundreds of police officers and civilians. James also has been the orchestrator in the care of our mother Frances. She has been a stage four cancer survivor for 18 years. Without his research and commitment to her health care she would not be alive and I credit him that she is still with us today. She now lives with a broken heart, and longs for the return of her son, as does the rest of our family including my children, who consider him a hero.

James has put himself in a bad position at this time and I believe his last eight months have taught him a far greater lesson than anything he has ever learned in a classroom or in the streets serving our communities. It's unfortunate how this series of events has taken away everything he has worked so hard for. The one sided media attack, the staging of his arrest are things he has no control over and continue to paint a picture of a villain. I know he is remorseful for his actions and I hope you will consider all the good he has done for his peers, while you contemplate your decision.


Respectfully,


Michael Burke

# Exhibit 11

Katherine Schafer


7/26/2016

Honorable Judge Leonard D. Wexler
Senior United States District Court Judge
944 Federal Plaza
Central Islip, NY 11722

Dear Judge Wexler,

As you know James Burke will be facing sentencing in your courtroom with regards to his guilty plea. He will be sentenced shortly. I have been a life long friend of Jimmy's mother, Francis who is ill with terminal cancer. We converse about our children on a daily basis.

Jimmy has been supportive and caring to his mom her entire life, but in particular during her bout with illness. He has always abetted her with home care, doctor's appointments, compassion, etc. Fran raised Jimmy and his brothers as a single mom and embedded the significance of family and faith in all of her children since birth. My three professional children and Fran's have vacationed together and spent many summers together in Breezy Point and Lake George.

There are times in life that the choices we make are not an exact illustration of our character, and this may be one of those times for Jimmy. Knowing his character my entire life, I pledge to you that his intentions have always been that of an upstanding citizen and human being. I am sure Jimmy knows he has done wrong, regrets doing so and wants to go forward in his life.

Please take the above into consideration and offer leniency regarding Jimmy. I hope and pray that your decision will be a heartfelt one.

If you wish to contact me regarding any of this letter, please call me at

Respectfully yours,

Katherine Schafer

# Exhibit 12

**Honorable Leonard D Wexler**

**United states District Judge**
**United States District Court**
**Eastern District of New York**
**100 Federal Plaza**
**Central Islip New York 11722**
**Re: James Burke**

**Arlene Schein**



**July 25th, 2016**

**Dear Judge Wexler;**

*I have known Jimmy personally for 19 years. His mother, Fran Toal became my best friend, when her youngest son began dating my daughter as teenagers. Fran lost her husband when her youngest son was 14. Jimmy immediately provided a paternal role to Johnny. He has been Johnny's rock throughout. He has provided strength, love and structure to Johnny's life. Johnny chose to follow in Jimmy's footsteps by becoming a policeman through the New York City police department, which to me is the highest form of praise to someone as a role model. Jimmy's mother has been battling cancer since the age of 59(She will be 74). If not for her son, she would not be alive today. He has insisted she go to Columbia hospital in order to get the best care, rearranging his schedule so he may drive her in for her medical appointments, ranging from Oncology, Neurology, Nephrology to Cardiology, making sure all the right questions are asked to provide the best care. He is an extremely devoted son and big brother. I have worked in the social service field for 40 years. Jimmy has been very helpful when I have questions regarding the law in terms of my client's rights and responsibilities. The Jimmy I know is always willing to reach out and help when it is needed. I know his strongest desire is to be available to help his mother as she continues with her cancer struggles. I hope you will consider this in your sentencing of James Burke. Thank you for your time.*

**Sincerely**

*Arlene Schein*

**Arlene Schein**

# Exhibit 13

August 10th, 2016

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

Your Honor,

What can a man say when his son follows in his footsteps and reaches the pinnacle of uniformed police, in one of the great departments in the nation.
I worked in the 75th Precinct in East New York Brooklyn and we had a special devotion to Our Lady of Fatima (The Fatima Club). We had many communion breakfasts in St. Michaels Church and young Jimmy was surely impressed. I have always said that in 20 years, I never had a day that I really didn't want to go to work and neither did James.

I know my son is in a bad place right now so please consider my sons 30 years of dedicated service.

A Proud Dad
George Burke, RN

**Exhibit 14**   Joseph Williams



Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11787

Dear Judge Wexler,

I am a retired Suffolk County Police Detective Lieutenant. I was a police officer for 37 years. The first 5 years as a Suffolk County Deputy Sheriff, and the remaining 32 years were with the Suffolk County Police Department. I am also a U.S. Army military veteran. Part of that service was a 16 month tour in Vietnam as a flight engineer on a CH-47 Chinook helicopter.

I first met James Burke in 1988 when I was promoted to the rank of sergeant and transferred to the S.C.P.D. 1st. Precinct, where he was already assigned. I observed a young, energetic, dedicated, and hardworking police officer who always did whatever was asked of him. At that time the 1st. Precinct area had a major crack cocaine problem and the violence that accompanied that culture. He was instrumental in making many high profile arrests and aiding in numerous investigations, which helped curb that situation.

After a period of time, James was transferred to the Narcotics Squad. But he soon was promoted to sergeant and he returned to the First Precinct. Now James and I worked side by side in adjoining zones. We were both proactive supervisors and strongly believed in eradicating a situation before it escalated. There were countless investigations where we called on each other for advice, or worked as a team in focusing on a particular criminal matter.  James was always there for me and the department.

I was promoted to lieutenant in 1993 and left the First Precinct. The following year I was selected to take command of the 4th. Precinct Crime Section. Not long after that James was transferred to the Fourth Precinct as a uniformed sergeant. The precinct commander noticed his commitment to the police mission and he was quickly chosen to command the C.O.P.E. section. There he responded to countless requests for police assistance as well as the many varied duties of the C.O.P.E. unit.

When an opening for sergeant occurred in the Crime Section, I spoke to the precinct commander and requested that James be transferred to my command. James was transferred and we again worked side by side on a multitude of cases. I had a very busy unit in that we were assigned all non-felony cases, domestic incidents, vice enforcement, state liquor authority checks, and a wide assortment of other duties. James jumped in to his new assignment with the same energy, gusto, and commitment I was used to seeing. I had what I would describe as a great bunch of cops working for me there, but James was my right-hand man. A few years later I was promoted to Detective Lieutenant and I was given command of the 2nd. Precinct Detective Section.

James and I have remained friends over the years. I know his current situation is difficult, but I truly believe he is sorry for what has happened. A lot of people in Suffolk County, many who he has never met, owe him a debt of gratitude for the police service he has given them all those years.

I hope in some way all the positive things he has done during his career will have some bearing at the time of sentence.

Sincerely,

Joseph C. Williams

**Exhibit 15**

Edward Fandrey

████████████

July 8th 2016

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11787

Dear Judge Wexler,

My name is Edward Fandrey.  I was a member of the Suffolk County Police Department for 37 years and recently retired as a Detective Sergeant after serving 25 years in the Homicide Squad.  I have known James Burke for 25 years.

I realize that James has plead guilty to serious charges and I am, as I am sure he is, deeply disappointed in his actions.  I have known James to be a smart and hard-working member of the Suffolk County Police Department.  He has repeatedly extended himself to help others in need.  His conduct during this event does not accurately reflect on the type of man he is.   During the past eight months while James has been jailed a message has been clearly sent to others who may consider acting outside of the law that actions of this type will not be tolerated. It is my understanding that when sentencing James you have a degree of latitude in what James is sentenced to.  Please know that James is extremely sorry and embarrassed for his actions.  He is a good person.  I urge you to strongly consider this when sentencing him.

Sincerely,


Edward Fandrey

United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11787

**Exhibit 16**

Dear Judge Wexler,

My name is Rick Tirelli. I am a retired New York City Homicide Detective and served 31 years. While a member of the NYPD we many times needed the assistance of other law enforcement agencies, and Suffolk County was one I always received the most help from. That was because of James Burke, who when contacted for assistance on any case or in locating any suspect spearheaded his department to roll out the carpet. James was a wealth of knowledge and a true leader in our field, who was respected by his peers.

I realize at this time James is not in a good position, but I hope that there would be consideration for all the positive he has done and the knowledge that he shared throughout his illustrious law enforcement career.

Please consider these positive attributes when the time comes to sentence James.

Sincerely,


Richard T. Tirelli

# Exhibit 17



3/14/2016

Honorable Leonard Wexler,
Senior United States District Court Judge
944 Federal Plaza
Central Islip, New York 11722

Re: James Burke

As president of Crime Stoppers of Suffolk County, I must declare that former police chief James Burke has been a dedicated supporter of our organization and to the communities of Suffolk County. His character, accountability, dedication and service to the public deserves consideration in the resolution of his case before you.

It is rare to find someone as dedicated as Mr. Burke, from his earliest days as a childhood witness to the rise in his law enforcement career, as passionate about right and wrong, and while I realize that he has lost credibility in the public eye, and I believe he is truly despondent regarding what he has put his family through, I can attest to James Burke's professional demeanor with his interactions with my organization for over 12 years!

Sincerely,

Nick Amarr

Nick Amarr
President
Crime Stoppers of Suffolk County