# Exhibit 18

Honorable Leonard D. Wexler
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11718



Dear Judge Wexler,

I am writing to you to consider not imposing a harsh and lengthy prison sentence on my former Chief, James Burke. My name is Robert Gardner I am a retired Detective having served with NYPD for twenty years and eleven years with the Suffolk County District Attorney's Office.

Chief Burke was a professional and competent leader, he always treated the Detectives and Supervisors with respect and appreciation for the job we did. He was always available to meet with, and took every request or recommendation very seriously. His office door was never closed and welcomed anyone of his staff to sit down to discuss a problem or recommendation involving an investigation.

Chief Burke has also trained and educated hundreds students prepare for tests to enter in a career of law enforcement, in addition to the men and women preparing for promotional exams.

Chief Burke made a poor decision that cost him his career and reputation which he will never get back. Knowing him like I do this is most likely the most severe sentence he will receive. However, your Honor, I would respectfully request that the good that Chief Burke has done while serving and protecting the people in New York City and Suffolk County be considered when you make your decision on sentencing him.

Sincerely,


Detective Robert Gardner (ret)

Exhibit 19

July 25, 2016

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11787

Dear Judge Wexler,

My name is Joseph (Joe) Brock. I am a retired Suffolk County Police Detective. Currently, I am the President of the Suffolk County Retired Police Detectives Association. I have known James Burke for many years working on the Suffolk County Police Department with him.

Chief Burke has always shown me his desires to be model police officer with the Suffolk County PD. I have asked Chief Burke on many occasions to speak at my memorial services for fallen police officer's. Chief Burke has always demonstrated a compassion for the spouses at these services. This is one of the many things Chief Burke has done over his entire police career.

Yes, people in this world do make mistakes and we see that almost every day in life but, we do forgive and try to move on in life. The first fifty years of Chief Burke's life should be considered.

In closing, please consider these positive things when the time comes to sentence James Burke.

Sincerely,

*Joe Brock*

Joseph (Joe) Brock

# Exhibit 20

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11787

Dear Judge Wexler,

My name is Jack Fitzpatrick. I retired from the Suffolk County Police Department as the Commanding Officer of the Homicide Squad. I am writing this letter on behalf of James Burke.

I am aware that Chief Burke has made some poor decisions that have led to his current incarceration. During the time that I worked for the Chief, I saw a very different side of the man who finds himself in his present situation. When he was promoted to Chief of Department I believe the residents of Suffolk County were well served by the knowledge and energy he brought to the Police Department. His efforts to make the Police Department more responsive to crime patterns and trends still realize benefits today. It is my hope that the years of public service he provided will be considered when it comes time to sentence him.

Respectfully,

Jack Fitzpatrick



# Exhibit 21

The United States District Court					September 7, 2016
Honorable Judge Leonard Wexler
940 Federal Plaza
Central Islip NY 11787

Honorable Judge Wexler,

My name is Kenneth Emanuele; I am a retired Suffolk County Police Officer, and former New York City Policeman, who had an 18 year career, before being retired due to injuries sustained in the line of duty, during a no-knock warrant service, on the home of a drug dealer.

I was shocked to learn that my old friend, colleague, and former rookie who I had occasion to train, James "Jimmy" Burke, has plead guilty to a serious crime, and has lost the trust of his Department and the Officers and public who he served for so many years faithfully and diligently. I am sad for Jimmy and our fine agency, the Suffolk County Police Department. I know Jimmy loved the job, the men and women who he worked with for so many good years, and the people of Suffolk County, who he served faithfully and loyally for so long.

Jimmy was a cop's cop, a loyal and energetic officer, and a hard working man, who rose through the ranks quickly and reached the honorable position of Chief of the Department. I am proud of him and need to let your Honor know, that the man being portrayed in the newspapers, and in media, is not the man I know.

When he was a teenager, cooperating the investigation into the Pius murder, witnessing admissions of the murderer's, as they spoke about killing this young boy, Jimmy knew from an early age that doing the right thing, at risk of his own well –being, was a higher calling. I knew this about Jimmy, when I had occasion to train him, as a young rookie, just out of the Police Academy, and we spoke about this. Jimmy was quiet and somewhat shy about speaking on his role in the investigation and subsequent trial, but as we built trust, he was open to it and his feelings of helping to put the bad guys behind bars, for this senseless and horrific crime.

Jimmy and I became friends, spent some times socially through our careers, though I would not say we were best of friends, Jimmy always had a kind word, a strong handshake and a hug, whenever we met.

I know of many occasions where this man, on duty and off, risked his well-being to be of service to the public. One evening, while off duty, Jimmy and I were at a dinner party for a retiring Officer, Lou Bruno. My car was not working, so Jim offered to drive me home, as it was raining

quite heavily, and high winds, so I took the offer. As we drove along Rte. 27/Sunrise highway, there were 2 women apparently stranded, in a flooded area of the highway. There were several minor accidents along the road, and as we approached you could see their vehicle stuck in a large body of water, and the distress in their faces. Jimmy drove around the obstacle and insisted we get up on the road to help. This was dangerous for us, and I explained to Jimmy, that we could put a call in, and get an Emergency Service unit out, a large truck to get them off the road. With other vehicles out of control, this was not a safe procedure for 2 off-duty cops. Jimmy insisted that we stop and push their car out and get them to a safe place to dry off. Jimmy explained to me very simply, "what if this was your mom, sister, or wife, you would want a cop to help". So we went in, pushed them and their car off the roadway, got them into Jimmy's vehicle and drove them home. The 2 sisters were actually neighbors of mine, in Holbrook, and though initially distraught and quite upset, they calmed down, and thanked us so many times. The 2 actually said they were praying for someone to stop and asked God to send some angels! Though we were no angels, we were both so touched by their honesty and thanks for us.

My shoes were ruined; I tore my pants, and was drenched. Jimmy as well, but, it was such a great feeling to know we helped 2 women who prayed for help. Nothing else mattered, but the knowledge that we did some good for 2 innocents.

This is only one story, I have more, of the great things that Jimmy Burke did, serving the people of Suffolk County, and his fellow Officers.

I know at times, cops make mistakes, passions take over the head, and the regrets of our actions last forever. James Burke is a good man, a great cop, and a selfless public servant. I would beg the Court, to please look over this good man's whole being, his un-blemished career, before he is sentenced. I know this man, and I know he will be tormented by this mistake for the rest of his days.

I am available to the Court, James Burke, and Attorney Conway if needed.


Respectfully,

*Kenneth Emanuele*

Kenneth Emanuele
Retired Suffolk County P.D.

# Exhibit 22



Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11787

Dear Judge Wexler:

My name is Bill Grub. I retired from the New York Police Department as a Homicide Detective of the 75 Squad. I am writing this letter on behalf of James Burke.

I have known Jim for over 12 years. In the time I have known him he has always been a family orientated person and a dedicated police officer with the utmost integrity Jim lives next door to his ailing mother. Even with his hectic schedule he found time to care for his mother during her fight with cancer. While working days, nights, weekend and holidays he attempted to attend as many family functions as he could without diminishing his duties to the Police Department he loved so much.

Jim has spent his entire adult life dedicated to law enforcement. While rising in the ranks of the Suffolk Police Department he tutored and mentored many young police offices from various police departments, many of which have risen in the ranks of various departments because of him. Because of his dedication, Jim Burke has been recognized and honored by various organizations for his excellent police work.

During his law enforcement years with the NYPD and the SCPD he has come across numerous people that were choosing the wrong road, and with his advice and guidance he helped them turn their lives around. He has volunteered at many different civic groups and organizations in an attempt to improve policing and improve the quality of life.

I realized that Jim is in a difficult position right now, but I feel that his dedication to law enforcement and encouragement to the many police officers that he has helped over the years should be considered.

Please consider all the positive things that Jim has done throughout his career when it comes to sentencing Jim.

Sincerely,

*William Grub*

William Grub
Retired NYPD DEA

# Exhibit 23



July 25, 2016

Honorable Leonard D. Wexler

United States District Judge

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, NY 11787

Dear Judge Wexler,

James Burke has been known to me since 1986, about the time he entered the Suffolk County Police Department, when he arrived as a young officer in the 1st Precinct in Babylon, NY.

At that time I was serving in a volunteer capacity in the rank of Chief of the Suffolk County Auxiliary Police Program.

During that time I got to know Jimmy, both professionally and personally. As a police officer Jimmy was the "10% of the officers" who performed "90% of the work". He served in a minority area where he treated the community with respect and dignity. Jimmy protected the vulnerable from becoming victims of crime. James Burke was an exemplary Police Officer.

Through the years Jimmy and I remained in contact with each other. He, rising through the ranks of the Suffolk County Police Department and I pursued my passion in law enforcement.

When I read about and heard the news about Jimmy, and eventually his plea of "guilty" I was very taken back and disappointed. This was NOT the P.O. James Burke that I'd known for many years.

Jimmy has disgraced himself, brought shame upon his department, family, and friends. He has destroyed his future.

Your Honor, Jimmy's life as he knew it is over – he has suffered and will continue to suffer. I ask that you consider returning Jimmy to society so he may begin to put his life back in order.

Sincerely,

Michael Cusumano

**Exhibit 24**

08/02/16

Dear Judge Wexler,

If the words of The Honorable Irving R. Kaufman are true, and if we are to believe his views on sentencing that "In no other judicial function is the judge more alone, no other act of his carries greater potentialities for good or evil than the determination of how society will treat its transgressors" then the question becomes how will the Honorable Leonard Wexler sentence James Burke? How will a member of our greatest generation, a man with such a long and distinguished career in law, a combat deployed, and wounded veteran of World War II, a man that has lived through so many decades, witnessed so much history, experienced so much, but now at the sunset of his illustrious career, sentence James Burke? Will he take into consideration the ever-increasing emphasis on reforming the offender? Of returning him to society as a useful citizen? Will he consider while all alone in chambers the very low chances the offender will repeat? Or a judge's prime objective, which is not to punish but to treat? Or will he allow the prosecution to continue of a man who has given his life to civil service and made a mistake, who transgressed? A transgressor he accepted, he pleaded to, while having the honor and character to march into jail, accept his denial of bail, and commence chipping away a jail term he knows he must face?

My name is John Rodriguez, a second generation immigrant and inner city kid. I spent 31 years being spit on, punched, kicked, cursed at, slashed and shot at, all in the interest of serving the public while employed with both the New York City Police Department and the Suffolk County Police Department. James Burke has been the finest supervisor I have ever had the honor to work with and for. His mind is sharp, his memory photographic, he has motivational skills that are rarely seen, and even rarer are his abilities to instill confidence to a subordinate, trustingly load them with responsibility, demand strict accountability, and never take credit for their successes.

I worked nearly two decades at the District Attorney's office, a command where under previous administration commanding officers would be assigned, accept the status quo, not make many waves, make some cookie cutter cases, and just pass their time before retirement or until a new election forced them out.

James Burke arrived in 2002. He single handedly transformed the police unit assigned there, immediately identifying the workers, both subordinate and supervisory. He transferred the lazy, and brought in new blood to accomplish the task at hand. With the leadership, and support of the District Attorney, Mr. Thomas Spota, and the cooperation of a small staff of motivated prosecutors the office led by Mr. Spota, and the police staff run by James Burke went on a prosecutorial

endeavor unseen ever before. It did not matter if you were a drug pusher, a gun runner, and organized crime figure, a gang leader, a crooked employee, a rouge patrolman, and unscrupulous detective, a bigoted thieving sergeant, a shady Brookhaven town employee, a pedophile priest, a white collar scam artist, a dishonest town supervisor, a corrupt attorney, and unethical judge or even a deceitful country executive. Mr. Spota, along with Mr. Burke, made substantial cases on all of them. Unlike previous administrations, it mattered none what political affiliations you had. Everyone was aggressively prosecuted but treated fairly by both men. It was Mr. Burke's position to treat every arrestee with the respect they warranted. Subjects, all subjects, no matter how heinous their crimes, were treated professionally. No matter how intense Mr. Burke acted through the investigations, at the end, at arrest time, Mr. Burke demanded all arrestees, even the violators of the innocent youth or the vulnerable elderly, were to be treated fairly and humanely. The worst of the worst were allowed to turn themselves in with their attorneys, and often at their convenience, and at a time outside of holidays, when jail time before arraignment would be minimal. Mr. Burke would insist if possible that these arrestees have their lawyers surrender them at specific times to allow for processing and arraignment to take place without the customary overnight stay. No personal information on arrestees would be leaked to the press, and suit jackets would be allowed over the handcuffs whenever possible when the case necessitated a media "Perp Walk." Over the many years in the District Attorney's office I personally witnessed everyone from the common heroin pusher, to the pedophile priest, from the organized crime solder to the underboss, from the thieving clerk to a town supervisor thank Mr. Burke for his or her treatment. I watched a middle aged African American man, a violent home invader who was targeting the elderly, and probably unintentionally fracturing their hips, arms, and legs upon his forced entries tear up at the way James Burke treated him, the way he spoke to him, and the way he explained things to him. I watched as a mob killer, a Bona Fide hit man with confirmed kills turned towards me and said, "your boss is ok, I never had anyone speak to me that way." It is a shame, and ironic that Mr. Burke was given none of these courtesies.

    Mr. Burke may have committed a crime, and that crime may have been scandalized because of porn recovered during the investigation, and that crime may have been dramatized because two decades ago Mr. Burke had a relationship with an African American street person, but I submit to you respectfully and humbly Your Honor, that society is better served with James Burke on the outside, and the federal system is better serviced utilizing that cell for a mobster, a violent gang member, a sex trafficker, a terrorist or even a government official who fails to safeguard our nation's secrets.

The investigation revealed Mr. Burke smacked a serial thief once and then attempted to assure the story would be consistent. Mr. Burke has acknowledged, and accepted his responsibility. I submit to you Sir, that he has paid a heavy price. He has lost his career, he has lost his ascending future positions that awaited him, he has lost any political future he surely would have had, he has been the subject of an ongoing, never ending smear campaign due to leaked information to media who only care about revenue. The most personal piece of information to a law enforcement officer, his home address, has been leaked to the press, unprecedented access has been given to reporters to secure their footage here, inside a secure federal building, and he has been remanded to jail from before Christmas 2015 as his mother lays dying.

I respectfully submit to you, Your Honor, that this is not the worst corruption seen in Suffolk County. The corruption of a religious institution covering up the systematic repeated abuse of its purest and most vulnerable and innocent congregants is far worse. The corruption of a sworn patrolman monitoring the police radio, on duty, and warning thieving burglars of the responding police whereabouts is far worse. The corruption of an entrusted town worker taking cash to rezone residential areas to commercial while destroying long standing quiet residential neighborhoods for more strip malls is far worse, and the corruption of a parks department supervisor orchestrating the theft of sand allotted to children's sand boxes and playgrounds, paid for by taxes, for resale to line his pockets is far worse.

Mr. Burke has pleaded to a crime and should be held accountable. I do respectfully wish to bring to your attention that Mr. Burke is an incredible analytical thinker, he possesses a unique memory, and an ability to reason, to analyze crime patterns, to deploy resources, to foresee criminal behavior, and address it immediately. Mr. Burke had the vision to form a Terrorist Task Force, and monitor Muslim businesses, hangouts, and religious gatherings in Suffolk Country a decade before it became a buzz topic. Mr. Burke is a motivator of people, and teaches many supervisory courses. Hundreds of people have benefited from Mr. Burke's no nonsense approach, by his leadership, by his support, by his backing and by his tutorial classes. Mr. Burke's police service, tactics, and management of police assets for multiple decades have benefited hundreds of thousands of Suffolk residents. His initiatives have combated violent crime, confronted violent gang activity, and made Suffolk County safer.

Judge Wexler, Sir, in these times of civil unrest, of anarchy, of terror attacks continuously occurring on the mainland, of lawlessness, and open season on law enforcement, I implore to you to temper your justice with mercy. Mr. Burke is not a menace to society, has ties to one tiny town in Suffolk since childhood, and was never a flight risk.

Mr. Burke would serve the public better on the outside, writing books on policing, consulting, or perhaps lecturing on the negative effects of ignoring crime patterns early on, or how to evaluate, investigate, or deter terrorist activity, having been trained by the elite Israeli counter terrorist units.

We all have a job to do, and at times we are tasked with assignments overseen, or perhaps micro managed by supervisors. The US Attorney's office has done their job, both professionally and loyally. Mr. Burke has been arrested, processed, and has pleaded. All that remains is his sentencing sir, so I ask you again, with total respect, how will a Judge who has lived through nine decades, who has seen and sat for so many cases where all is not what it seems, a man that has lived the unimaginable ravages of war, a man who has seen truly bad and evil people, and the atrocities they commit on their fellow human beings sentence James Burke? Will he be fair and just? Will he see how far this high school graduate ascended through hard work, dedication, and sacrifice, a single man who devoted 10 to 12 hour days, 6 and at times 7 days a week during the best decades of his life to a job he loved. A man on call 24/7 for a cause he believed in. Will this man reflect on whether all this time in a tiny cellblock, away from his dying mother, has treated him sufficiently or is more punishment just? Will you, Your Honor take into account how extremely low the recidivism rate is for Mr. Burke?

I earnestly, and humbly ask you, Judge Wexler to be fair and open minded on your sentencing of James Burke. As you make your way to that quiet place where you make the most difficult decisions, please consider a few things. We are facing an anarchic time, a dark period where the police are being targeted, ambushed and assassinated. A time where our citizens are being murdered, and blown up at alarming rates. Our countrymen are being beheaded in a manner of savagery not seen even in the horrors of that far away war you so proudly and heroically served this great country..

In the most profound and respectful way, I ask you to consider vacating Mr. Burke's cell, and open its availability for the worst of the worst offender. Mr. Burke has a lot to offer society. His long career, his extensive training, his tutorial expertise, his accomplishments, policing programs, and initiatives all attest to that.

Thank you, Sir. Mr. James Burke possesses extensive security and policing knowledge, and society could benefit vastly from it, especially at these uncertain and dangerous times.

Respectfully Submitted,

John Rodriguez

Exhibit 25

Honorable Judge Leonard Wexler
United States District Judge
United States District Court
Eastern District Of New York
100 Federal Plaza
Central Islip, New York 11787

Dear Judge Wexler,

 My name is Robert von Schmid. I am currently retired from the Suffolk County Police Department, where I worked for 31 years. I worked 22 years in the Detective Division. Some of my assignments were Homicide, General Squad and a Plain Clothes Unit working with numerous Federal Agencies (FBI, DEA and the US Marshals)

 I am writing you on behalf of James Burke. I met Jim back when he was a Rookie Officer with SCPD. When he came through the 2nd Pct for training, I was one of his training Officers. Although he was just on the force, he had a zest for Police work and he knew how to talk to people of all cultures. I knew then that he would rise very quickly within the Department. As he grew through the ranks he was truly a Cop's Cop. I did work with him when he was in Patrol, when he was promoted to Narcotics. We did several cases in The Huntington Station Area together. Then he was promoted to Sgt., and the same Jim was working the street and making sure his brother Officers were safe. As he continued to rise through the ranks, he always made sure that other Officers had the support and back up they needed to get the Job done. Weather it was sending other officers from a Specialized Unit for support or additional detectives from other Pcts., Jim never forgot the men and women under him. He also had a way of speaking to people from different organizations that was amazing. I remember when we were having a significant problem with Gangs in the Huntington Station Area. We attended a meeting together, he was a Chief at this time. There was a women who was running this meeting and she was the local leader in the NAACP. When the meeting started tensions were very high, at the end she and the Chief walked out with their arms around each other. Jim promised to clean up the problem, and we did an excellent job over the next couple of months that made a real difference in Huntington Station.

 I worked for a lot of chiefs in my time with SCPD and none would go out of their way and have their doors open to the men and women as Jim did. He was THE CHIEF when he had to be and he was a Cop's Cop when you needed help and support.

 Over the last couple of years everyone has heard about James Burke in a negative way. He has done so many good things over his almost 30 years of Police experience. I for one can vouch for a lot of them and tell you that we never worked in the same Command but he has helped my distinguished career in many, many ways. I thought that in the current circumstances, it should be known that he did so many great things for the SCPD.

 Please, Your Honor consider these things when he is sentenced.

Sincerely,

*Robert von Schmid*

Robert von Schmid
Retired Suffolk County Detective