# Exhibit 34

July 18, 2016

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11787

Dear Judge Wexler,

My name is Dennis W. Delaney and I am a retired Detective from the Suffolk County Police Department after a 40-year career. I have known James Burke for many of those years.

Unfortunately, James Burke made a bad decision, which actions, consequently, brought him to his current situation.

To his credit, James Burke did a tremendous amount of hard work and a lot of good for the residents of Suffolk County during his service to the Suffolk County Police Department. He took special interest in the Suffolk County Police Department's ceremonies, especially where the Department was honoring the fallen members of the Suffolk County Police Department. He spoke eloquently at these ceremonies, which brought comfort and honor to the attending families and invited guests.

On a personal note, I feel that James Burke was a hard working street cop, one who was able to climb the Suffolk County Police Department's promotional ladder expeditiously. Jim was an enthusiastic leader to his men in all positions that he handled within the department.

As James is about to the sentenced I can only hope that his hard work, and devotion to the Suffolk County Police Department be taken into consideration. His family, friends, and others who care deeply about him hope that all the good he has done will be considered.

Respectfully Submitted,

Dennis W Delaney

**Exhibit 35**

July 12, 2016

████████████

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11787

Dear Judge Wexler:

My name is Natalie Perez. I am a Detective with the Buffalo Police Department. I am writing this letter on behalf of James C. Burke, who is coming before you to be sentenced in August. He has pled guilty to the crimes of Civil Rights Violation and Conspiracy to Obstruction of Justice.

I have known Mr. Burke since approximately 2003. I have found him always to be professional honest, hard working and a credit to law enforcement. I met him through the Police Tutorial Services, which is a course that prepares police officers in taking promotional exams to aid them in advancement in their careers. He was the Instructor for this course. I feel that this course and Mr. Burke were the reason I did well on my promotional exam and subsequently got promoted to the rank of Detective. In addition, I know that Mr. Burke has been pivotal in helping hundreds of Police Officers advance in their job through promotion due to his expert training. His professionalism and knowledge of law enforcement and his willingness to always help me with any question about law enforcement even after my promotion, led to a friendship that has endured, blossomed and which I treasure and value.

I have spoken to Mr. Burke about his situation and the result of his actions. I have found him to be very remorseful and ashamed of his behavior regarding the incident. He realizes the magnitude of how this has affected him, his department and law enforcement in general, not excluding the damage he has done to his family, friends and the people who look to police for help and protection. I feel that this event is not a reflection of who he is, but a terrible mistake in judgment that he is willing to accept full responsibility for.

In closing, I would hope that you could show leniency in sentencing as I feel Mr. Burke has suffered a great deal already in that he has accepted full responsibility for his actions, been disgraced in his community, his reputation has been forever damaged and he has lost the job that was his life and passion for over 30 years. In addition, he has been incarcerated for seven months and has missed the opportunity to care for his elderly ailing mother. Thank you very much for your time and consideration in this matter.

Respectfully,

Detective Natalie Perez

**Exhibit 36**

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11787

Dear Judge Wexler:

My name is Walter Walsh. I was a New York City Police Officer in the 102nd Precinct from 1995 to 2004.

I worked side by side with James Burke's brother Junie in the 102nd Precinct. While on the job in 2001, I was in a terrible accident being crushed between two cars, and nearly lost my leg. I spent six months in the Hospital for Special Surgery, and underwent many operations to keep my leg. This accident has forced me into early retirement from the force, although I still consider them my second family.

The Burkes were there for my family and I throughout this most difficult time. They visited me in the hospital often, and many times would provide transportation for my mother and sisters. They would pick up my family both days and nights without being asked, and then drive them back to Long Island.

Over the years, I have remained close with the Burke family, including James and their mother. James is an excellent police officer, and was promoted to Lieutenant, Captain, and various levels of Suffolk County Chief. He was also a longtime and beloved instructor for the Police Tutorial Service (PTS). James is an outstanding, kind and intelligent person who is extremely dedicated to his job as Chief of Suffolk County Police. There are hundreds of police officers in New York who owe their successful careers to James. My family and I will always remember the kindness and respect James and his family showed us after my accident.

I realize his current situation is not an ideal one, but I truly believe that his last 30 years of service should also be considered. He was, and remains, loved and appreciated by so many. Please consider these positive attributes when the time comes for James' sentencing for one error he made in his 30 years of service. Thank you for your consideration.

Sincerely,

*[signature]*

Walter J. Walsh (NYPD – Ret.)

**Exhibit 37**

████████████

Honorable Leonard D. Wexler
U.S. District Judge
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11787

Dear Judge Wexler:

I am writing to you requesting leniency on behalf of James Burke, former Chief of the Suffolk County Police Department. I had attended a ceremony in 2011 at Stony Brook University honoring those who had served in the US Armed Forces. The guest speaker was a member of the Suffolk County Police Department. He engaged in a conversation with me about my experience. (See copy of newspaper article enclosed hereto.) Chief Burke learned of the ceremony held at S.B.U. and ultimately arranged for a luncheon in my honor at Yaphank Police Headquarters around D-Day in 2012. Then on D-Day 2013 (article enclosed).

I had nothing but respect for Chief Burke and still do. Again, when it comes time for sentencing, I sincerely request deep thought with leniency be given on behalf of Chief Burke.

                                                    Respectfully,

                                                   Frank v. Agoglia

Enc.



**Exhibit 39**

DANIEL J. MURPHY
ATTORNEY AT LAW
P.O. BOX 321
RIVERHEAD, N.Y. 11901

April 20, 2016

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Dear Judge Wexler,

I am a practicing attorney, former Suffolk County prosecutor (1973-1987), retired law secretary to State Supreme Court Justice Peter Fox Cohalan (1987-2012), combat wounded and disabled Vietnam veteran (1969-1970), former National Judge Advocate of the Purple Heart organization in Washington, DC (2003-2013) and the father of Medal of Honor recipient, Navy SEAL LT Michael P. Murphy. I am writing this letter on behalf of James Burke who will be appearing before you for sentencing pursuant to his plea of guilty.

I have known Chief Burke for many years, and even more so since the death of my Michael in 2005 and Chief Burke has spent much time at events and providing manpower at those events honoring Michael for his legacy of service and sacrifice. This is a man committed to our military and our veterans. While I don't excuse the conduct which brings him before the court, it is an aberration and I hope putting this one "singular" act in perspective should be of overriding concern. Chief Burke is a good man who allowed himself to over-react personally to an individual under arrest. While that person's criminal conduct does not excuse Chief Burke's actions, they help explain what occurred. I beg the Court to look upon this aberration as just that, and not ignore a person's life work as more representative of the man. Chief Burke has lost his career, his livelihood, as well as his reputation and standing within the community.

While I do not wish to minimize Chief Burke's action which brings him before your Honor, I pray that the Court will look at this singular event as an unfortunate aberration in an otherwise stellar life and career, and upon sentencing Chief Burke, temper justice with mercy.

Sincerely,
Daniel J. Murphy

# Exhibit 40

June 15, 2016

Honorable Judge Wexler

I am sure that many more people of importance have written to you on Mr. Jim Burke's behalf. This letter from me and. My personal knowledge of Jim. I meet Jim when he joined the Smithtown Bay Yacht Club of which I was a member. Our club is a volunteer club. And as soon as Jim Joined he approached me about what he could he do for the club. At the time I was the person in charge of all our fishing contests. Jim jumped in with a great deal of enthusiasm. Helping organize and run the various contests.

At first I was not aware of what he did for employment. He was always willing to listen and help our members with any questions they had. His concern was genuine and friendly. Soon after I asked him if he was teacher because of the way he relates to everyone. When he told me he was a police officer I was surprised. Upon further thought I came to the realization that that this was what a good officer does. He relates to the public the issues and rules yet listens to their comments and thoughts.

The Jim Burke I know is wonderful individual, who goes out of his way to help others. Jim has pleaded guilty to serious offense. I understand that he must pay his debt to society. As you go about your desion making process I would like to urge you to consider the man that I have come to know. This is man who goes beyond his way to help others. Jim is a helpful and generous member with his time, when it comes to our club. I can only speak of the Jim Burke who is friend and member of our club because this is the man I know.

In closing I would ask that you take in consideration all off the above. We all make mistakes in our lives. One has to be held accountable for his actions, but please don't let one mistake, negate all of the other positive actions Jim has done in his life. I know you have a tough decision to make and will administer justice in a fair manner. Thank you for your time in reading my letter.


Roger Smith

Past Commodore

Smithtown Bay yacht Club

# Exhibit 41

Your Honor,

On March 6, 2016 approximately 10:00 Am I walked into St Catherin's of Sienna Hospital in Smithtown to see my Daughter Lying unconscious of a Heroin Over dose.Shannnon Powers is an 18 year old Graduate of St Patrick's of Smithtown and now has a Regents Diploma and will be attending Suffolk County Community College in September.

The reason I'm writing this is to let you know how the silent majority or the forgotten man or Middle Class feels in Smithtown about Policemen like Chief Burke.We don't feel safer in our Homes, safer in our Schools and safer on the Streets of Long Island with him in Prison. In fact we feel much less safe. We are quickly losing the war against the Drug Dealers, Gang Violence and Violent Felons.

Yes we believe in Redemption. Good People sometimes make very bad Mistakes. I don't know one among us that hasn't been given a second or even third chance and has gone on to do much more good than harm. I'm a 26 year Veteran of Wells Fargo in Hauppauge and Past Commodore of the Smithtown Bay Yacht Club and I know I've been given more than a second chance.

As a Son of a Retired Police Officer I've personally seen the Stress all Policemen have to live with. It goes with the Territory as they say. I have all the respect in the world for Law Enforcement and the Judicial System and realize those in Positions of Power our held to a higher standard.

All we ask is that Chief James Burke be given any Consideration towards Leniency at Sentencing. My Wife Donna and I, the Smithtown Community would be very grateful.

Thank you for your Consideration,

Stephen Powers

**Exhibit 42**

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Dear Judge Wexler,

    My name is Thomas Tatarian. I am a Police Officer with the Suffolk County Police Department. I am writing to you on behalf of James Burke.

I have encountered James Burke numerous times during my 30-year career with the Suffolk County Police Department. For the majority of my career I was assigned to the Canine section and would be called to many crime scenes supervised by James Burke. He always showed himself to be a superior leader, and had the safety of his men and the residents of Suffolk County as his number one priority.

But it was on a more personal level that I got to know James Burke. In November of 2013 I was diagnosed with a World Trade Center related cancer that required immediate surgery, and several follow up surgeries. At this time James was the Chief of the Department. He called me immediately offering any and all assistance the Department could give me and my family. He visited me daily at Stony Brook Hospital where I spent several weeks. He came to see me on Christmas Day. His eyes filled with tears when he saw all the tubes, staples, and stiches in me.

I know personally that James Burke has a big heart, and is a good person. I hope you will consider this when the time comes to sentence James.

Sincerely,

Thomas Tatarian