# Exhibit 43

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Dear Judge Wexler,

My name is Geoffrey Costa and I am currently a Branch Manager for Allied Building Products in Ronkonkoma. Before coming to work at Allied, I served in the United States Army and left the service as a Captain (CPT).

When I was transitioning from the military in 2010 I took the exam for the Suffolk County Police Department (SCPD). During the process for the SCPD opportunity, I began working for Allied. It was at this time that I met Christina Burke-Grub, the younger sister of Suffolk County Chief, James Burke. I shared with Christina that I took the exam and started the process for SCPD and she told me about her brother and recommended I reach out to him with any questions, which I did.

From initial conversation with James, he took me under his wing and instantly served as a father figure. We had many conversations and met many times to discuss what became not only about the opportunity, but about life, the military, being a combat veteran and transition in the civilian population. James never once tried to convince me that becoming a cop was the best option or paint a glorious picture. He was real, sincere and cared only about my family and me doing what was best for us.

I cannot speak for anything besides my personal time and interaction with James Burke. In a short time we built a great relationship because from day one, James presented himself in a respectful, professional manner, yet extremely kind, sincere, and caring. I believe based on years of being in leadership positions, to include being in a Command position in Iraq, I have a great judge of character. James never once presented himself as someone I would second guess or think would find himself in not good standing with the law. I believe when considering the circumstances presented, his three decades of service to the public and the countless lives he impacted positively, must be considered. I thank you for your attention in this matter.

Very Respectfully,

Geoffrey Costa

# Exhibit 44

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

July 20, 2016

Dear Judge Wexler,

I do not normally write letters but I just had to explain what I feel in my heart about James Burke. I met James sixteen years ago at a community function. I realize Jim made a mistake, but he has done so much good for the county and our community.

As a Mother, I would like to tell you about the positive influence James Burke has had on my son. My husband and I were having an issue with our younger son when he was in 5th grade. He was a victim of bullying and as a result had started to have several different facial tics and the teacher called us for a meeting to discuss drugs to calm the tics down. We wanted an alternative, saving drugs as a last resort. We contacted James to see if he could suggest something. James took my son under his wing for a period of time. They would sit and talk for hours. Over time, I saw an unbelievable change in my son. No longer were there any issues at school with other children and the tics all but disappeared and his grades improved. This past June my son graduated from high school with the President's Award for Academic Excellence. Next month he is off to college and has an interest in majoring in law.

I know the bullying could have gone two ways for my son and without the help of James Burke at a crucial crossroads in my son's life I do not know where we would be today.

I ask that you please take into consideration when James is sentenced, all the lives he has changed for the better and that our community and county are a safer environment to live in thanks to him.

Thank you for your consideration.

*Leslie Tricarick*

Leslie Tricarick

Exhibit 45

August 6, 2016

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Your Honor,

My name is Anthony D'Orazio. I have been a Suffolk County resident my entire life. I have attended Smithtown public schools up and thru 12th grade graduating from Smithtown H.S. East class of 1982. I tell you this because it was there I first met Jim Burke.

He was very smart but easy to talk with. We had some of the same classes in which I would struggle to maintain a "C" and Jimmy would, with what seemed to be little effort, receive an "A". I remember him giving me study tips, at first I thought he was just showing off, but soon realized he was only trying to help. It wasn't long before we became the best of friends. That friendship continues to this day some 37 years later.

During our time in high school, Jimmy attended BOCES to study HVAC because that was his step fathers business and he felt obligated to assist him after all that his step father had done for his mother and brother. However, one day Jimmy confided in me that he really wanted to pursue a career in law enforcement to follow in the footsteps of his natural father and grandfather before him. Thankfully Jimmy's younger brother subsequently joined the family business. With his step father's blessing, Jimmy was then able to pursue his dream of becoming a police officer.

Scoring very high on the police test, Jimmy proudly was sworn into the NYC Police Department. After a couple of years, he was again studying to take the police exam for Suffolk County. Jimmy wanted to serve the very community in which he, his family and friends resided.

Over the years, Jimmy had to turn down multiple invitations to go away fishing, skiing, or for just a little rest & relaxation with myself and other friends as he was too busy studying, involved in community events, speaking engagements or giving lectures to other police officers looking to advance their careers. Because of his dedication to both his job and the community he served there would be long periods of times that Jimmy and I would not speak, however when we were able to reconnect it was as if no time passed at all.

After successfully rising through the ranks at the police department, one would think he would have been able to take some time for himself. However, his mother was diagnosed with stage 4 lung cancer. Jimmy became his mother's primary caregiver. He exhaustingly researched and sought advice of some of the best medical minds in country. Without hesitation Jimmy managed and cared for his mother's treatment plan while still keeping up with the never-ending demands of the police department.

I could not be prouder of my friend, over the past 37 plus years he has achieved great success. I admire his dedication and commitment to his profession, police department, community, family and friends.

Your Honor, I am speaking for many when I say that Suffolk County is a better place due to his continual and unwavering commitment to his profession. I can say without a shadow of a doubt that if given the choice of who to be in a foxhole with, Jim would be my first choice.

Great men have fallen with less stress on their minds. Jimmy is only human and made a mistake for which he has taken responsibility and paid dearly.

With all due respect to your Honor and the court, I am humbly requesting that you take into account his entire highly decorated career and service to his community when considering his ultimate sentence. Please allow Jim to return to his home and family so he can continue to take care of his mother while the opportunity still exists.

Respectfully,

Anthony N. D'Orazio

# Exhibit 46

July 18th, 2016



Honorable Leonard D. Wexler
United States District Judge
United District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Dear Judge Wexler,

    Please allow me to introduce myself to you as Michael P. McGovern. As a veteran of the United States Navy and a firefighter for the City of New York, I am a very happy and humbled home owner in the community of East Northport and have lived in Suffolk County for most of my life. I grew up in Smithtown and was the product of a working middle class upbringing. During my time spent at Smithtown High School, I did not follow the trajectory of a typical student and was often a confused adolescent who experienced difficulty with decision making and embracing responsibility. With no real direction in life after high school, one of my friends suggested I seek guidance and insight from his older brother. Even though I already knew this man, my nervous consumed me upon our encounter because the disappointment on his face was unmistakable. This man sat me down and asked me some onerous questions and told me some real truths about the path I was leading. This man was James Burke. Mr. Burke's influence as an upstanding citizen and a protector of his community played a pivotal role in my ultimate decision to join the United States Navy.

    During my time in Boot Camp, both my life and the lives of all Americans were changed on 9/11/2001. While calling my family from Chicago to check on them, I found out that my Uncle, Battalion Chief William McGovern, had perished in the attacks on the World Trade Center. I was granted leave time to grieve with my family for his funeral. During my time of mourning, many friends also reached out to offer their condolences. Just like when I needed him before, James was there and I will never forget the words he spoke to me. He said, "Michael, pick yourself up, dust yourself off and make your uncle proud." Even to this day, I always remember those words to help get me through the toughest of times. I received an honorable discharge from the Navy in 2007 and joined the FDNY, as a legacy to my Uncle and to my family. My experiences overseas and in a post 9/11 world have allowed me to grow as a solider, firefighter, father and husband. I am no longer the confused adolescent I was some time ago.

    I write this letter to you today, not only to inform you of my personal experiences with James Burke, but also to detail how this man's words and wisdom transcended my life for the better. James Burke is a good man. The current situation that he finds himself in is in no way an accurate reflection of

his character. If granted leniency, I am sure James WILL pick himself up, dust himself off and make his community proud of him again. I can only hope that his community and the county that he worked so long and hard to protect will afford him with that opportunity.

Very Respectfully,

Michael P. McGovern

# Exhibit 47

April 26, 2016

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

RE: James Burke

This letter is one of character regarding James Burke, who is personally and professionally known to me. My name is Robert Matarazzo; I am a retired New York City Police Captain, a Criminal Justice Scholar, Professor and Director of Security at Kingsbrook Jewish Medical Center. I have known Mr. Burke for over thirty years, functioning in various Police venues. I was fortunate to have Mr. Burke join me as an Adjunct Professor and become an invaluable resource of the Criminal Justice Faculty at Pace University. He, to say the least, left an indelible mark and became a role-model for every student that passed through my classroom. To this date, his meteoric rise and lofty tenure is something that every Police Officer aspires to. To this date, we are and have remained personal and professional friends. I know James about as well as any person other than his immediate family would.

To that end, I know him to be an altruistic, caring, forthright individual who considered the needs of the community paramount and second only to the needs of family and friends. I have on numerous occasions sought his guidance and he has intervened and collaborated with me and sought the inclusion of other concerned Police officials; locally and regionally, on such projects as Homeland Security, National Night Out on Crime, Police/Community relations projects, and numerous Criminal Justice initiatives. The foregoing, in totality, brilliantly conceived and essential undertakings, which would not have been possible had it not been for his tireless intervention and participation.

I am aware of the events culminating in his conviction and am also aware of the steps he took to rectify and to right those wrongs. I am of the belief that James, as well as his family has already suffered extensively for his actions. He has lost the trust and credibility of the people he swore to serve, and I believe he is truly contrite as a result. In consideration of the foregoing, it is my belief that a prison sentence will cause significant harm not only to him but will adversely impact the health and welfare of his family.

Because of the significant difficulties that will be faced by his family, who were blameless in this crime, I would ask that for you, Judge Wexler, to grant Mr. James Burke, a sentence of probation or at the least, the lowest possible sentence. I believe the loss of his credentials, his loss of accreditation for his vocation, and the loss of trust and respect of the community he swore to serve, as well as those freedoms that he was afforded prior to his felony convictions, may levy a bigger effect than incarcerating him, in effect, removing him from society.

He certainly, will not be in a position to re-offend and I cannot imagine that he will ever repeat any illegal activity.

Thank you for your consideration.

Respectfully,


Robert A Matarazzo

Professor

  

**Exhibit 48**

Community Newspapers • CJ Publishers Inc.

516-798-5100    631-587-5612    631-264-0077

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

June 23, 2016

Dear Hon. Judge Wexler:

I am sending this letter in the hope that you would consider leniency for James Burke who is to appear before your court for sentencing.

I have known Jim since he came on the job as a Suffolk County Police Officer. We both were assigned to the First Precinct and I was his training officer. From the outset, I was impressed with his passion for police work and leadership qualities.

Since my retirement in 1995, my wife and I have owned and operated three weekly newspapers: The Amityville Record, Massapequa Post and Babylon Beacon. Over the years, I have watched as Jim rose through the department to become one of the highest-ranking officers in Suffolk County.

I have always held Jim in the highest regard as a police officer and law enforcement official, and long admired his effectiveness and his strong understanding of the importance of community involvement. Both in my role as a police officer and later as a newspaper publisher, I personally observed his care and commitment to the people he served. It was not unusual for him to spend his time at civic and community meetings and events when off duty, ensuring that the public was well informed and safe.

He also worked closely with civic leaders and residents in the North Amityville area, cleaning up drug havens in that hamlet that plagued the community. His insistence and persistence, coupled with solid police work, helped eliminate the drug dealers who had held that area hostage for decades.
Undoubtedly, at certain points in his life, Jimmy made some poor choices and used bad judgment. Like each and every one of us, he is not perfect.

Jimmy Burke has already paid dearly for that. He has lost the profession he loved, and his reputation. Surely, neither the public nor the judicial system would gain anything by continuing to keep him incarcerated.
Thank you for your time and your careful consideration.

Alfred James

*Alfred James*

85 Broadway, Amityville NY 11701 • Fax: 631-264-5310
Email • Advertising and legal notices: acjads@optonline.net • Press Releases: acjnews@rcn.com

**Exhibit 49**



# THE CENTURION FOUNDATION
45 Broadway, Suite 2440, New York, New York 10006
Office: 212-847-3221
Fax: 212-785-1634
Email: MGrunbaum@ymail.com

Hon. G. Joseph Dippell, Jr.
Vice Chairman

August 4, 2016

Honorable Judge Leonard Wexler
United States District Court Judge for the Eastern District of New York

Re: Character reference for Jim Burke

Honorable Judge Wexler:

I am writing this letter on behalf of Jim Burke, a defendant.

Jim Burke has been a friend for nearly 15 years. I have always known him as a hardworking cop and he has been a pleasure to work with. I run a foundation that distributes $200,000-$300,000 a year to law enforcement and he has never asked me for anything. I had a suite at CityField for the Suffolk County Widows and Orphans and Jim was very helpful running the event.

Over the years, I have come to know him on a close personal basis. He has earned my trust and respect for his honesty and integrity and has been nothing but a gentleman to my wife, kids and grandchildren.

Please feel free to contact me at any time if I can be of further assistance.

Sincerely,

G. Joseph Dippell Jr.
President

**Exhibit 50**




# Police Tutorial Service, Inc.
470 Mamaroneck Avenue, Suite 302
White Plains, NY 10605
(914) 723-0350

E-mail address: PTS@policetutorialservice.com
Visit our web site: www.policetutorialservice.com

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11787

Dear Judge Wexler,

My name is George Mullins. I am a retired New York City Police Department Captain, a retired Attorney, and currently President of a police training school known as Police Tutorial Service, Inc. or P.T.S.

I was instrumental in forming P.T.S. in 1968. About 25 years later, I was approached by a young Suffolk County Police Department Sergeant. It was James Burke. James was seeking advice about how best to study for the rank of lieutenant. In about five minutes I realized that James was an outstanding person. He was obviously very intelligent and dedicated to his job.

Before my talk with James was over, I asked him if he would consider coming to work for P.T.S. as an instructor. James agreed to do so. It was a good decision for P.T.S. and for James.

As time went on, James was promoted to Lieutenant, Captain and various levels of Suffolk County Chief. James also became one of the best teachers P.T.S. ever had. Students from all over the state and from the New York City Police Department wanted to know when and where James was teaching. When James was appointed as Chief of the Suffolk County Police Department, he gave up his teaching responsibilities with P.T.S.

I know that James is currently not in a good position but I believe that the first fifty years of his life should be considered. During his time with P.T.S., James was appreciated by all. There are literally hundreds of police officers throughout New York State who owe their successful careers to James.

Please consider these positive things when the time comes to sentence James.

Sincerely,

*George Mullins*
George Mullins
President
Police Tutorial Services, Inc.