# Exhibit 51

Paul O'Donnell



Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, 11787

7/28/2016

Dear Judge Wexler,

My name is Paul O'Donnell. I am a retired New York City Police Department Sergeant. I am writing to you today on behalf of my former Police Tutorial Instructor James Burke.

In 1998-1999 I was enrolled in a Police Tutorial School (PTS) with the intention to study and pass the NYPD's promotional exam to the rank of Sergeant, my Instructor was James Burke. Very shortly after meeting James I realized that he was gifted instructor and more importantly a outstanding person. James not only taught the lessons with passion and understanding, he displayed a very personal and caring attitude toward his students and the police work he taught. Myself and several other students would specifically travel throughout NYC to attend the various classes he taught. James had a major personal influence on myself, at one point during the course I had a personal family issue and was about to withdraw. James took it upon himself to speak to me personally, listen to what I had to say, and then encouraged me to remain in the class. He instilled a confidence in me during a very difficult personal time. James did this for no personal or professional gain and without his help and support I would have withdrawn from the course and quite frankly would not have passed the Sergeants exam. I subsequently went on to be promoted at the top of my class.

Your Honor, I realize James is currently not in a good position within your court, however I believe his past personal experiences and the help and guidance he provided me does reflect on his true character. Could you please consider this positive experience when the time comes to sentence James.

Sincerely,

Paul O'Donnell

# Exhibit 52

Edward V. Ecker Jr



July 22, 2016

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Dear Judge Wexler:

My name is Edward V. Ecker Jr. I was a police officer for the Town of East Hampton for 32 years, and retired as the towns, Chief of Police two years ago. I am writing this letter on behalf of retired Suffolk County Police Department Chief, James Burke, who will be standing before you for sentencing in the near future.

I have known, and worked with Jim for over twenty years. During this time I have always known Jim to be honest, hard-working, and intelligent. I first met Jim when he was an instructor for Police Tutorial Service, Inc., which is business that offers instruction to police officer's in the taking of promotional civil service exams. He was an excellent instructor and motivator, and his passion for police work was evident. This passion and work ethic certainly carried over to this work, where he served the citizens of Suffolk County with honor and distinction for over twenty five years. Additionally, Jim always supported and assisted in the efforts of the police departments in eastern Suffolk County. I speak from experience when I say that Jim was the "go to" guy when the Town of East Hampton needed support in certain investigations, and/or special programs, such as STOP DWI, and East End Drug Task Force, and many other endeavors. His work with me, and other Chiefs of eastern Suffolk Police Department's was always positive, professional, and successful.

I know that Jim stands before you for sentencing. I hope that all the positive things that Jim Burke did for the citizens of Suffolk County and the police profession will have weight when reaching your decision.

Sincerely yours,

Edward V. Ecker Jr
Chief, EHTPD (ret)

**Exhibit 53**


Eileen M. Barry



August 8, 2016

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11787

Dear Judge Wexler,

My name is Eileen Barry. After 20 years of service I retired from the New York City Police Department in the rank of sergeant.

In 1993, I attended sergeant test prep classes at PTS (Police Tutorial Services) where James Burke was my instructor. James was an excellent instructor, gentleman, and a consummate professional.

In 2000, I met and became close friends with George Burke, James' younger brother. George and my husband played for the New York City Police Department Finest football team. Because of this friendship I had the privilege of attending many family events where James was also in attendance. I came to know James as a loving and caring family man.

I am shocked and sadden to have learned of James' current position. I know James has help so many people in his life. There are so many law enforcement professionals with successful careers because of James. His life has been filled with so much good.

Please, when the time comes to sentence James, consider all the positive things he has done.


Warm regards,


Eileen M. Barry

**Exhibit 54**

**Grant Hendricks**
████████████

June 16, 2016

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: James Burke

Dear Honorable Judge Wexler,

My name is Grant Hendricks and I write to you today with respect for James Burke, a man whom I'm proud to call my friend.

By way of introduction, I've been a resident of Suffolk County for nearly 50 years. I was born and raised in Bay Shore, my wife and I currently reside in Bay Shore where we are raising our four children. I graduated from Bay Shore High School and completed a Post Graduate year at The Lawrenceville School in New Jersey before attending The New York Institute of Technology in Old Westbury where I studied business administration. I'm currently the President of an infrastructure business that specialized in site development and construction. Additionally, I serve as the Vice Chairman for the Suffolk County Industrial Development Agency (SCIDA) where my primary focus is providing benefits and incentives to businesses in order to stimulate the local economy.

I had the distinct pleasure of meeting James Burke in 2007 when we were classmates in the Energeia Partnership. James and I met once per month for the next two years as part of a diverse group of resourceful individuals dedicated to solving the multi-dimensional issues facing our region. James' willingness to share a snapshot into the law enforcement world was incredibly enlightening for our group. Additionally, James' engaging personality made him the type of person you just wanted to be around all the time. Our friendship continued to grow over the last 9 years.

The more I got to know James, the deeper my respect grew. He's not an average man...he's extraordinary. By virtue of the nature of James' occupation, he's exposed to things that only the bravest men in the world can handle. James shared some of his experiences with our class and I can say without hesitation that he has been on the front lines of the war on drugs, gangs and crime in Suffolk County. I've never felt safer than the times I was in the presence of James Burke. When Hurricane Sandy pummeled our region, he personally came to our neighborhood to make sure we were ok.

It sickens me to read how the media sensationalizes the circumstances surrounding the arrest of James Burke. He's a good man who has done so much to keep the residents of Suffolk County out of harm's way. The truth is, that James Burke has saved or improved the lives of scores of Suffolk County residents by taking some of the most violent and unlawful criminals off our streets.

Your Honor, it has come to my attention that James will come before you for sentencing in the near future. Please take in consideration that in order to achieve the level that James reached, he most likely passed over a lot of other good men along the way…additionally, I believe that jealous men have seen this as an opportunity to kick a man when he's down and have further manifested fabulous rumors intended to make themselves look smart.

There is no sentence that you could impose upon James to hurt him more than he's already been hurt. **I am respectfully requesting that you consider James Burke's outstanding service to the residents of Suffolk County as well as his countless achievements under intense pressure.**

Thank you, your Honor.

Sincerely,

Grant Hendricks

# Exhibit 55

Nancy Engelhardt



April 12, 2016

Honorable Leonard D. Wexler
Unites States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Dear Honorable Judge Wexler,

It is with the highest regard and insurmountable respect that I ask you to read this letter with an open mind.

I am a conservative and law abiding citizen. I grew up on Long Island and love this region for so many reasons. It is part of the reason that I love my job. As founding Director of a regional leadership program, we design and deliver a two- year program for influential people who come together to address the critical issues on Long Island. Our goal is to ensure that the future generations inherit a region that provides the best quality of life for all people. By fully informing our leaders, helping to bridge gaps and build bridges, we hope to use our collective resources, knowledge and passion, to be a catalyst and influence change.

In 2007 James Burke was a member of this leadership program. He was so humbled by all that he didn't know. He was so grateful for the opportunity to learn. He was so open minded and willing to look at how he could take the lessons he found so valuable, back to the police department. He became a fierce advocate for diverse learning opportunities. He recognized that we often live and work in silos and that there is so much to learn from other people's perspectives, experiences and backgrounds.

Jim Burke was generous with whatever he could contribute and was so proud of his colleagues, the Suffolk County Police Department and the Administration. After graduating from this leadership program, Jim continued to stay involved by actively participating in the curriculum committee. He volunteered his time to provide numerous electives for graduates on topics such as heroin epidemic, the pattern crime unit, jail tours and the restorative justice process.  He is someone that we all feel blessed to know.

The news of his arrest was shocking and caused people, including me, to question our experience and ultimate admiration for him. And yet, we all came away from the initial shock to stand together in support of our friend Jim Burke. So many of the

leaders he met, touched, and befriended have come through those initial questions with unconditional friendship and love. We have been gathered in prayer for his well being while being incarcerated and for the ultimate outcome of his next hearing.

In closing, I can only share that over the past 9 years since I have met Jim Burke, I have seen the best of him, devoted to his family, especially his mom, a loyal and generous friend who was a mentor to his colleagues and kind to strangers. Although he has made severe and irrevocable mistakes I trust that the many years of his dedicated service and genuine good will might provide him with some leverage to lighten your heart and give him the opportunity to live a humbled life outside of a jail cell.

With sincere respect and gratitude,

Nancy

Nancy Engelhardt

# Exhibit 56

**Corvi**

███████████

Honorable Leonard D. Wexler
United States District Court Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Dear Honorable Judge Wexler:

With great respect to Your Honor and to the court, my wife Stacey and I would be grateful for the consideration of our opinion and character description of James Burke, as His Honor is presiding over James' federal trial and sentencing. My wife, Stacey, is an elementary school teacher at a district in Nassau County, and I am a bank employee working on Long Island. Both of us have been in our respective occupations for decades. Neither of us has any experience in law enforcement, nor, have we had any time in court as defendants or any other matter, in our lives. Mr. Burke " Jim " and I were classmates back to the time of middle school, although we were not close friends, Jim and I would cross paths, I was friendly with Jim and his younger brother as we lived in the same small town school district. After high school graduation Jim and I hadn't seen much of each other, maybe an occasional pass at the 7-11 or grocery store. Not any regular contact or social interaction. I went on to have a wife and family and Jim was a very hard working Suffolk Police Officer.

Stacey and I are very active in our community; I have been a coach in various sports, Basketball, Football and Lacrosse, coaching my two sons' teams throughout the years, and Stacey active in the PTA and many children's functions. Every now and then, I would see Officer Burke in the news cracking a "big case" that his department office was working. I would point out to my wife "Hey that's Jimmy, ""he was a friend of mine from school" As my boys got into the adolescence ages, our family acquired a little runabout boat for recreation. It was around that time when I came into contact with Officer Burke on a much more regular basis. Jim was active in local boating and navigation safety venues in my community. It was here and also in my community that I took notice of

Jim's sense of community and overall caring of people. He would take time out to help a fellow neighbor with a safety issue. Jim would demonstrate to our younger citizens, of the area, how to conduct themselves on both the water and in their daily activities. He was such a value to my boys with opinion and counsel. I have heard countless times how much of a help Officer Burke was to so many in my community. Jim would assist persons of need completely unsolicited. I have witnessed it firsthand. I am confident there are scores of residents that would admit to my sentiments as well. This community was very well served with Officer Burke as a civil servant and a resident.

My family and I, Honorable Judge Wexler, very respectively request that all that I have accounted for in this brief note be considered in the outcome of Jim's sentencing. I am not familiar in any way with the law or law enforcement. My family and I live very quiet lives. Work, Church (in my wife's case Temple) and home. But I do know the life of Jim Burke has been spent defending the community, very often in harm's way and in very dangerous situations. Working in Gang Units, Organized Crime detail. I remember a few years back when Huntington Station had a huge surge in gang violence and murder. Jimmy worked around the clock with his fellow officers to rid the area of such degeneration and the surge of crime quickly dropped. This is a man that cared for the many of those teens and their families. It wasn't about the title on his shirt or the gold stars, Jimmy cared for the locals in that community day and night.

In Closing, I can account that my town, community and Suffolk County has been a better place because of the many years of dedication, service, and leadership of Officer Burke. Our community and all others need a lot more people like Jim Burke residing in them. My family would gladly and respectively stand by Jim Burke, and, with him, through any necessary process to see that his right place in society is considered. Thank you, Your Honor, for considering my opinion.

Very truly yours,

Joseph Corvi
Smithtown, NY

# Exhibit 57

Honorable Paul J. Tonna

:on

March 21, 2016

Honorable Judge Leonard D. Wexler
US District Court Judge for the Eastern District of New York

Dear Honorable Judge Leonard D. Wexler:

I am writing on behalf of my colleague and good friend Mr. James Burke. I have known Jim for over 15 years. Based upon those years of active interaction, both professionally and personally, I am pleased and honored to offer testimony as to his character, devotion to public service and willingness to serve the residents of Suffolk County.

I believe Mr. Burke should not be sentenced without careful consideration and reflection upon the totality of his over 29 years of public service. Ultimately, while I am aware of his recent guilty plea and conviction, I strongly believe that his admitted wrongdoing pales in comparison to a career devoted to the administration of justice and passion for the safety of Suffolk County residents. I understand the temptation to embrace a simple negative narrative of Mr. Burke, like the one reported recently in Newsday articles. I am writing to offer a different narrative of the man, one that pays tribute to his years of public service. I would like to offer three short illustrations.

First, as a former Suffolk County Legislator and Presiding Officer (1994-2005), I could spend days testifying to the frustration of trying to honestly and faithfully administer the responsibilities I was granted by the people of Suffolk County in the midst of a corrupt political and governmental milieu. Important decisions, dollars and jobs seemed to be frittered away in a haze of illogical and outright corrupt decision-making. It was the efforts of then Inspector James Burke, under the aegis of District Attorney Thomas Spota and his team at the District Attorney's Office, which radically transformed the way many conducted themselves. Many corrupt municipal leaders went to jail and a message was sent loud and clear throughout the County of Suffolk. Jim and a dedicated team of law enforcement professionals made a positive difference, one that had direct results in the manner in which current and future municipal leaders administrated the public trust.

Second, Mr. Burke has been on the forefront of helping Long Island business, labor and community leaders understand the importance of a professional, proactive and vigilant police force. In 2007 I, along with my partners, were glad to have Jim join the Energeia Partnership, a leadership academy dedicated to identifying and addressing the serious, complex and multi-dimensional issues challenging the Long Island region. Very quickly Mr. Burke accepted the responsibility in leading our

criminal justice workshops and served on our board generously offering his time and energy in assisting our organization exercise its advocacy role as a "regional civic" leader. Jim's ability to recruit other law enforcement officials added tremendously to the success of our organization.

Finally, there are countless examples of Inspector and later Chief James Burke quickly responding to constituent, community and regionally based difficulties, often sensitive in nature, which had enormous consequences for individuals and communities. Jim was always willing to offer his counsel and when appropriate provide the right action to support and defend an aggrieved party. Many have come to know, respect and love Jim Burke for his willingness to assist those in need.

In summary, I understand that it is a cruel and ironic twist of fate in which Mr. Burke currently finds himself. He has admitted his crime and justice has and will be served. Judge Wexler, when considering the terms and conditions of his sentence, I implore you to consider Mr. Burke's career and public service in its entirety. No person, especially one that has done so much good for Suffolk County residents, should be judged solely by his darker moments and flawed decisions. I respectfully request that when considering Mr. Burke's sentencing, you judge him with wisdom and latitude taking into consideration the over 29 years of service and his ability to bring so very many moments of light, unselfish devotion to the public good and dedication to making Suffolk County a safer place to live and work.

With enormous respect for you and the office you serve,

Honorable Paul J. Tonna
Former Presiding Officer, Suffolk County New York
Executive Director, The Energeia Partnership

# Exhibit 58



### Retired Detectives of the Police Department
### City of New York

INCORPORATED

PO BOX 1666, CANAL STREET STATION
NEW YORK, NY 10013

FIDELITER SERVIVIMUS
"We Have Served Faithfully"

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11787

Dear Judge Wexler

My name is John Freck and I'm writing to you on behalf of James Burke. I joined the New York City Police department in 1967 and retired as a Second Grade Detective from the Manhattan North Homicide Squad in 1993. I am a former president of the New York City Retired Detectives Association and currently remain as a member on the board of directors. In 1995 I joined the Manhattan District Attorney's Office as a Detective Investigator. I am currently the Vice President of the Detective Investigators' Association, District Attorney's Offices-City of New York.

I have known James Burke both professionally and socially for about twenty years. One thing about James that sticks out in my mind is after the 9/11 terrorist attack in New York was the commitment and tenacity from James to organize run fund raisers for the children of the 9/11 victims. When James and I had cases that crossed our jurisdictions and we shared information, I was always impressed with the professionalism of James. I know many of the detectives and investigators who worked under James Burke and they all called him a cops cop and a great leader.

Judge Wexler I felt compelled to let you know that James Burke is a good man and I am proud to call him my friend. Please consider all the good James has accomplished in his life. I hope you have found this information helpful. I can be contacted at 347

Sincerely,
John Freck