**Exhibit 59**

# SUFFOLK TRANSPORTATION SERVICE, INC.

JOHN J. CORRADO
PRESIDENT

May 10, 2016

Honorable Judge Leonard D. Wexler
US District Court Judge for the Eastern District of New York

Dear Honorable Judge Leonard D. Wexler:

I am writing to you in reference to the sentencing of the former Suffolk County Chief of Police, Mr. James Burke (Jim). I was fortunate to have met Jim in 2007 when we both entered the Molloy College Energia Program (a program of social stewardship for Long Island). Jim quickly took a leadership role and demonstrated to all that he was a smart, concerned, community minded civil servant and citizen. During the program and then afterwards, Jim and I would meet at community events, again, demonstrating his interest in Long Island and the people he was chosen to serve.

Although Jim admittedly has done wrong, I am compelled to write this letter because I know there is much more good in Jim's character than this case would lead you to believe. All of this of which I would ask you to consider in your sentencing deliberations.

Yours truly,

John Corrado
President

ld/burke

TEN MOFFITT BOULEVARD
BAY SHORE, NEW YORK 11706
1-631-665-3245
FAX 1-631-665-3186
jcorrado@suffolkbus.com

**Exhibit 60**

July 13, 2016

Honorable Leonard D. Wesley
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: James Burke

Dear Judge Wexler,

Our family has known James Burke for over 25 years when his brother John and our son Michael became best friends in the third grade. Jim had taken over the role as head of the household when John's father passed away when he was ten. He was a mentor to Michael and John's other friends a positive influence who advocated education and hard work and someone who could always be depended on if needed. Through the years Jim has dedicated himself to his family and law enforcement, he never married and continued to be a role model to family members and the main caregiver for his mother.

Jim gave freely of his time taking John and his friends to ball games and other events. These were very special outings for Michael and he would always come home with stories of what a great time it was. Growing up in St. James and being very community-minded he attended many town events and parades with neighbors and friends.

He has always strived to hold himself to a higher standard and we know he is despondent that his actions have resulted in the loss of credibility in the community, and the sadness and pain to his family who are not only struggling with the large void left in their dynamics without his support and guidance but also that his mother has been diagnosed with lung cancer adding additional heartache and hardship.

Jim is a caring, compassionate individual with strong community bonds who through the years has touched and enhanced so many lives.

We respectfully request that you please take into consideration his many years of loyal and devoted service to the public and how important and essential he is to his family.

Sincerely,

*[signatures]*

Patrick and Patricia McGovern

**Exhibit 61**

Honorable Leonard D. Wexler
U.S. District Judge
U.S. District Court
Eastern District of N.Y.
100 Federal Plaza
Central Islip N.Y. 11722

Dear Judge Wexler,

My name is Robert Hill, I am the husband of James Burkes first cousin, Lisa Hill. I have know Jimmy for over 30 years. I have a great deal of respect and admiration for him. I have followed his career in the Police Department. I know his has many positive accomplishments and has a reputation as a positive role model not only in law enforcement but in his family.

I have seen Jimmy dedicate his life to the care of his mother. She lives alone and needs constant care and endless trips to NYC for treatments, doctor appointments, tests etc. Since being diagnosed over 10 years ago with lung cancer he has gone above and beyond to keep her fighting. She is currently on oxygen 24/7. She is fighting for her life at this time and for Jimmy. Without his positive reinforcements it has been a battle for the family to fill his shoes.

I know Jimmy is not currently in a good position, however, I ask that you take into consideration the dedication he has given to his 30 years as a police officer and especially the care, love and strength he has given his mother and family.

Sincerely,

*Robert Hill*
Robert Hill

**Exhibit 62**

**KENNETH M. PRAGER, M.D.**
HERBERT IRVING PAVILION
COLUMBIA UNIVERSITY MEDICAL CENTER
161 FORT WASHINGTON AVENUE
NEW YORK, NY 10032

(212) 305-5535

March 23, 2016

To Whom It May Concern:

I am a pulmonologist practicing at Columbia University Medical Center. Mrs. Frances Toal has been my patient since June, 2000.

Over this period of time I have seen Mrs. Toal in my office 35 times. As far as I can recall, her son James Burke has accompanied her on virtually every office visit. He has demonstrated impressive devotion to his mother and has clearly gone out of his way to ensure that she has received the best possible medical care for her multiple and very substantial illnesses.

I have always found Mr. Burke to be very respectful and very appreciative of the care rendered to his mother.

Sincerely yours,

*Kenneth Prager*

Kenneth Prager, M.D.
Professor of Medicine At Columbia University Medical Center
Director of Medical Ethics

# Exhibit 63

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District Of New York
100 Federal Plaza
Central Islip, NY 11722

May 1, 2016

Dear Honorable Judge Wexler

First to introduce our selves, may I briefly tell you that we are good law abiding citizens. I have been a member of organizations and have served as chair woman for fund raising events that would benefit the community or individuals in need of help. I have also had the honor of being elected president of the Fire Department Auxiliary.

My husband is a past chief of the Nesconset Volunteer Fire Dept. He served for eight years in that office elected by the firemen. He was also elected by the town eight times for 5 year terms as a fire commissioner. He served a total of 62 years in voluntary service for our community.

We first met James Burke about 37 years ago when he was about 14 years old. He went to the same school as our son. I found Jim to be a very nice, polite and respectful young man. He was and is always welcomed in our home. As a young man, Jim told us that he wanted to join the police force. He was so proud when he became a police officer. I think he was only about 19 years old at that time. There was something about Jim that I knew he would go to the top. I was not the least bit surprised when he became Chief of Police. We were so proud and happy for him. And as for Jimmy, his heart was bursting with pride and love for the department and his brother police men.

Jim's step father passed away and Jim felt a strong need to watch over his mother. He would do things for her and keep her company when ever he was off duty. After a while she became quite ill. Jimmy saw to it that she had all the best medicines and treatments. Recently after being in remission for almost 5 years, the cancer came back. Jim again took his mother to New York City for treatments at Columbia Presbyterian Hospital. During her recovery and after he would shop for her, take care of things around the house and do any thing to help make her life a little easier. He was and is her primary care giver and a wonderful son.

He was the highest ranking police officer in the county the night that thief came onto his property and stole his belongings. I feel that Jim and the police department suffered a personal affront when that thief dared to steal from him. We pray that you do not judge his whole career on a momentary lack of judgment. Jim has suffered so much already. His Mother, family and friends
has suffered so much. Please release him. He was a fine policeman for over 31 years and he has suffered greatly.

Thank you Your Honor for giving us this opportunity to speak for James Burke.


Respectfully,

Patricia and Nalio D'Orazio

*Patricia D'Orazio*

*Nalio D'Orazio*

# Exhibit 64

# Ragano & Ragano

## Attorneys and Counselors at Law

---

Arnold H. Ragano (Retired)  
John F. Ragano

Associate Attorney  
John J. Lawless

95-09 101st Avenue  
Ozone Park, NY 11416

Phone – (718) 843-7584  
(718) 843-7766  
Fax No. – (718) 641-8634

August 16, 2016

Honorable Leonard D. Wexler  
United States District Judge  
United States District Court  
Eastern District of New York  
100 Federal Plaza  
Central Islip, NY 11787

Dear Judge Wexler:

    I have been a practicing attorney since 1974 as well as a family friend to the Burke and Toal families since 1955.

    I have known James Burke since his birth and I have followed his career path since he first entered law enforcement. As long as I have known James Burke I have found him to be a very caring, honest and law abiding person. I personally have witnessed numerous acts of kindness he has performed for persons in need.

    Most importantly, he has sacrificed his personal life to attend to the needs of his mother. He has been her primary caregiver for many years since she was stricken with a severe case of lung cancer. I credit James' actions in spending considerable time and effort, in finding the most qualified physicians, taking his mother to treatments in Manhattan and providing for her care in his home which resulted in the extension of her life.

    I recently visited with his mother, who is still living in James' home, and I dread the effect a long period of incarceration for James would have on her quality of life and her life expectancy itself.

    Through the years I have represented many police officers who work not only in Suffolk County but also in Nassau and the City of New York. Every time I mention the name James Burke

to them I hear nothing but praises. I have never heard any negative comments about him and many have characterized him as a "cop's cop", a great teacher and mentor to many law enforcement professionals.

    I understand fully that his recent problems are serious but I hope a life filled with good deeds, compassion and dedication to service will enter into your decision when he is sentenced.

Very Truly Yours,

*John F. Ragano*

John F. Ragano

# Exhibit 65

# JOHN J. BREEN
Attorney at Law
1355 Motor Parkway, Suite 2
Hauppauge, New York 11749
Tele (631) 273-2222
Fax (631) 273-1111

---

April 22, 2016

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District Of New York
100 Federal Plaza
Central Islip, N.Y 11722

Your Honor:

I had the pleasure of being James Burke's high school social studies teacher at Smithtown East High School. I could easily see that his participation in my class made him someone special. I knew he would go on to achieve great things in his future.

When I learned that he became a police officer, I contacted him so he could come back to school and lecture the student at his old high school He did this on more than one occasion.

I went to St.John's Law School at night, and became an attorney in 1987. My path intersected with James Burke again, as he was now working closely with Suffolk County District Attorney's Office. It is a friendship of more than 35 years.

I was saddened to learn of Mr. Burke's transgressions and know that he is a better man than the one being portrayed by the media and the charges against him.

I hope Your Honor will see the entire body of work that James Burke was responsible for and be able to sentence him in accord therewith.

Yours,

John J. Breen, Esq.

# Exhibit 66

*July 20, 2016*  *Heather Volino*



*Honorable Leonard D. Wexler*

*US District Judge*

*US District Court*

*Eastern District of New York*

*100 Federal Plaza*

*Central Islip, NY*

*11722*

*Dear Judge Wexler,*

*I am writing this letter as a past personal acquaintance of James Burke. My knowledge of James Burke was as a close friend. He was always a caring supportive individual. At the time, I was going through a difficult divorce in my life brought about by an abusive relationship with my husband. I had a young daughter who was a victim of the separation. Jim helped both my daughter and I as we moved out of our home for safety and other abusive reasons.*

*Jim provided a safety net for me and my daughter. We loved to go fishing and do some of the "family types" of things which provided us with wholesome and positive experiences.*

*Jim also become very well- liked by my mom and dad. So much so, he delivered my mother's eulogy when she passed 7 years ago. He was that respected by my family and friends. Not to mention the impact he had on cleaning up the neighborhoods by fighting the war on drugs in our hamlets and towns. This only happened because of the policy discipline and management of Jim's subordinates. Most Suffolk citizens could equate to the "good" that Jim brought to our community.*

*I understand that Jim has some recent legal challenges but please be reminded that he is also a caring, well respected and very decent man.*

Sincerely yours,

*Heather Volino*

Heather Volino