

# Local 338    Exhibit 67    RWDSU/UFCW

**JOHN R. DURSO**
*President*

**JOSEPH FONTANO**
*Secretary-Treasurer*

**JACK CAFFEY JR.**
*Executive Vice President*

**NEIL E. GONZALVO**
*Assistant to the President*

**DEBRA BOLLBACH**
*Recorder*

March 28, 2016

Judge Leonard D. Wexler
Senior United States District Court Judge
944 Federal Plaza
Central Islip, New York 11722

Dear Judge Wexler:

I have known James Burke for ten years and in that time Jim and I have become more than colleagues, we have become good friends. I have observed Jim to be a hard working dedicated member of the force and of our Long Island Community. I've seen his dedication to his craft, his willingness to educate others within the police community; a community of which he was so proud to be a member of.

I saw his dedication to his employer District Attorney Spota and to the men and women he supervised. When the Suffolk County Executive promoted Jim to Chief of Police it was a proud day not just for Jim Burke but for those who mentored him and those he mentored as he rose through the ranks.

Jim's appointment was an affirmation of his dedication and hard work for the people of Suffolk County, it was then and is today a symbol of what we can achieve through hard work.

I have seen Jim Burke speak to young people about what it takes to be a police officer and to encourage them and others about the satisfaction of public service. I know Jim Burke to be a good man, a good friend and a dedicated public servant.

Jim has spent a lifetime protecting and defending the families of Suffolk County. Yesterday was Easter Sunday and this is a season in my religion of forgiveness and of renewal, it is a time of hope.

I ask you Judge Wexler to consider this in your sentencing of James Burke to show some compassion for him. Someday all of us will be judged by another and I pray that he or she will take into consideration of all the good we have done or tried to do for others when our day of sentencing arrives.

Thank you,

John R. Durso
President L.I. Federation of Labor AFL-CIO
International Vice-President UFCW
President of Local 338 RWDSU/UFCW

## STRONGER|TOGETHER

**Our Mission: To Better The Lives Of Our Members And All Working People.**
1505 Kellum Place • Mineola, NY 11501 • (516) 294-1338 • www.local338.org

# Exhibit 68

# The Bauer Family

███████████████████████████

---

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11787

RE:   James Burke

Dear Judge Wexler,

My name is Kim Bauer. I am married, a stay at home mother of two, and just recently began working for the Farmingdale School District as a Teacher Aid.

Jimmy Burke is my first cousin. I have known him my entire life. He is a few years older than me so I have always looked to him as a role model. Ever since I can remember, Jimmy always wanted to make a positive difference and assumed responsibility for all those around him. The past few years he has been the primary caretaker for my Aunt, his mother. It has been difficult to say the least without his guidance and presence within our family.

I understand Jimmy is not in a good position right now. I also understand that he has taken responsibility for his mistakes and for that I am requesting that you consider the positive impact he has had in the past, not only on our family, but during his career.

Thank you for your time and consideration.

Sincerely,

*Kim Bauer*
Kim Bauer

# Exhibit 69

# The Bauer Family

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11787

RE: James Burke

Dear Judge Wexler,

My name is Danny Bauer. I am married, father of two, and a New York State Carpenter.

Jimmy Burke is my wife's first cousin. I have known him for 23+ years. Jimmy has always been a major role in this family. He is the primary care taker for his mother, who has been battling stage 4 lung cancer for years. Throughout his long career, he has managed to stay close to his family and thus relied upon for guidance and support.

I understand Jimmy is not in a good position right now, and I can only hope that you grant him leniency when it comes time for sentencing. I believe Jimmy is remorseful and has learned a great deal from this experience. His family needs him.

Thank you for your time and consideration.

Sincerely,

Daniel Bauer

**Exhibit 70**

Gwen O'Shea

▇▇▇▇▇▇▇▇▇▇▇▇▇▇

June 24, 2016

Honorable Leonard D. Wexler
Unites States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Dear Honorable Judge Wexler,

I thank you in advance for taking the time to read this letter.

James Burke and I met in 2007 when we joined the Energeia Partnership. A regional stewardship program, focused on bringing together a cross-section of leaders from Long Island. The goal of the program is to connect compassionate, committed individuals who can collective address systemic issues impacting the viability and sustainability of Long Island.

While I always enjoyed James Burke's perspectives and insights, I was most struck by his willingness to assist with a challenge I was having with one of my step-son's friends.

Unfortunately, after noticing that a variety of items were missing from my home: watches, bracelets, laptops and cash, we discovered that it one of the friends of my youngest step-son. My husband waited in the house one day to find "Thomas" entering our home and taking items from our bedroom. My husband confronted him and after an agreement to not call the police, "Thomas" admitted that he had taken all the other items that we had noticed were missing.

I shared this whole process with James and how I struggled to address the situation appropriately. He shared with me his perspective and experience. Often time's youth are unaware of the consequences of their actions and are unfamiliar with how the criminal justice system works. He shared the sobering realities about what incarcerated youth are exposed to and the barriers one faces to get out of and overcome the trauma of incarceration.

James had taken a leadership role in providing a "tour of the Suffolk County Corrections facility" as an elective to the Energeia partnership. All participants found this to be a painful, but critical addition to the program. The elective provided greater insight to the criminal justice system, the complexities of issues that those in it face---both pre and post incarceration.

James suggested that perhaps "Thomas" could gain the same insight if he attended the "elective", from outside the system rather than within it. "Thomas" attended the elective with his father and I believe it was an invaluable experience. James took the time to provide a teaching moment to someone, a stranger, who walking the fine line of everyday citizen and an incarcerated citizen. Based on his experience in law enforcement, James clearly understood how your life changes when you cross that line. He went out of his way to do what he could from having a young man cross that line. I believe he saved his life.

This example exemplifies the James Burke I experienced since we first met in 2007. An individual that has an understanding of the complexities of issues that people face, a commitment to helping others (including strangers) and a desire to work collectively to make Long Island a better place.

While we can't go back in time to change or amend events and mistakes that have transpired, I am hopeful that you will take into consideration the positive role that James Burke played for many during his decades of service to the broader community.

I appreciate your willingness to accept and consider these comments.

Sincerely,


Gwen O'Shea

**Exhibit 71**

Kenneth S. Pepe

August 8, 2016

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11787

Dear Judge Wexler,

My name is Kenneth Pepe. In 2015, after 22 of service I retired from the New York City Police Department in the rank of sergeant.

While preparing for the sergeant's exam I attended sergeant test prep classes at PTS (Police Tutorial Services). James Burke was my instructor. James was an excellent instructor, gentleman, and a consummate professional.

During my career with the New York City Police Department I became a member of the NYPD Finest football team. As a member of the team I had the privilege of playing alongside George Burke, James' younger brother. I also had opportunities to attend many Burke family events where James was also in attendance. I came to know James as a loving and caring family man and an all-around great person.

I am shocked and sadden to have learned of James' current position. I know James has help so many people in his life. There are many law enforcement professionals with successful careers because of James. His life has been filled with so much good.

I respectfully ask when the time comes to sentence James, that you consider all the positive things he has done.

Warm regards,

Kenneth S. Pepe

# Exhibit 72



7/26/2016

Judge Leonard D. Wexler
Senior United States District Court Judge
944 Federal Plaza
Central Islip, New York 11722

Your Honor,

My husband and I both provide this reference in full knowledge of Mr. James Burke's guilty plea.

I am a 5th grade math and science teacher in the Oceanside School District in Nassau County on Long Island for sixteen years. I have known Jimmy since birth. Our mothers are friends and we spent much time together as children.

These charges against him strike me as completely uncharacteristic of Jimmy. He has been serving the community as a respected Police Officer for many years. In all of my years, I have known so many people to respect, admire and look up to Jimmy. I have always been so proud to say I know him and talk of his accomplishments as a police officer. I have also always admired his dedication to his family, his mother and his brothers.

On July 7th, 2006, I met my husband, Paul W. Greisheimer, who is now a retired police officer from Nassau County in New York. I mentioned Jimmy Burke in one of our first conversations. I did this because I was proud to know Jimmy and know that my husband would know him or have heard of him through the police department. Paul immediately said, "He is a great guy and was a facilitator for a police tutorial class that I attended." He went on to say how intelligent and extremely helpful he was as well. Paul said that Jimmy went out of his way to help and explain any and all matters about policing.

My husband is well respected in the police department and was an officer for thirty years. He has the terrific ability to judge a persons character and Jimmy was an inspiration to him. Paul said that Jimmy showed through example that anything could be accomplished with hard work.

Jimmy is a very gifted, talented and dedicated police officer and leader. With these characteristics, the community would be better served and his family would not suffer if Jimmy were freed from his incarceration.

If you wish to verify the contents of this statement, please do not hesitate to contact me or my husband at our home number, 516-765-3989.

Sincerely,
Kerri and Paul Greisheimer

# Exhibit 73

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11787

Dear Judge Wexler,

My Name is Paul J. Grub. I am an active duty Detective with the New York City Police Department assigned to the Intelligence Bureau, and brother in law of James Burke.

I met James Burke as a rookie Police Officer still on probation in the 103rd Precinct in South Jamaica Queens. At that time I was partnered with his youngest brother and in a relationship with his youngest sibling Christina who is currently my wife.

Throughout the years James had become more than just a brother in law; a relationship between us developed to the point I was always able to turn to him regarding advice, guidance, and direction, both in my career and in everyday life. James' law enforcement experience, and intellect were a source I was always able to tap throughout my career, and I would not be in the position I am in, and or have been promoted to Detective if not for his invaluable advice. My regard for James is such that my wife and I choose him to be the God Father to our first born son, Rory William Grub born 03/08/2016.

I am not unaware of the position James is currently in, and the circumstances surrounding the investigation. I am writing you in regards to consideration during the sentencing process. James has served in a law enforcement capacity for over thirty years, was highly decorated and recognized for his efforts by the community as well as several fraternal organizations throughout his years of service. This is a man who has poured his entire being into serving as a law enforcement agent, forgoing the traditions of marriage and family to serve his community without distraction. One could only hope to reach a fraction of his success and be as highly regarded as James Burke in his career and in life. Again I would ask for any consideration during the sentencing process for a man who made an error in judgment in an otherwise impeccable career that any Police Officer would be proud to call his own. I am honored to call James my brother in law, God Father to my Son, and a trusted friend.

Thank you for taking the time to read my correspondence as well as for your consideration in this matter.

Sincerely,

Paul J. Grub

# Exhibit 74

Honorable Leonard D. Wexler  
United States District Judge  
United States District Court  
Eastern District of New York

July 28, 2016

100 Federal Plaza  
Central Islip, N.Y. 11722

Dear Judge Wexler,

I am writing this letter on behalf of James Burke. This letter is extremely difficult to write due to the extreme disappointment in the matter in which Jim has pled guilty. I have known Jim Burke for over 12 years and during that time we became friends. I did not maintain any professional relationship with Jim, that being with the Police Department but rather social with occasional dinners and retirement functions.

Over the course of the years I observed a brilliant man rise through the ranks from Lieutenant to Chief of the Department. I also advised him on one occasion that as he moved up through the ranks his circle of friends would become smaller and smaller. From the outside looking in I admired his zest for improving the Police Department and in particular his desire to root out corruption in Suffolk County. In his early years in the District Attorney's office I would read the newspaper articles about corrupt individuals being arrested for violating their sworn duties. I was proud of his achievements and his continued mission to make our County a better place to live.

There was another side to Jim that few people know and that is his love for his family. His Mom has been very ill over the past few years with cancer and he never once neglected his love and care for her. He would take days off and spend that time taking her into the hospitals in New York to get her the best care available. He is truly a caring and loving Son.

Your Honor, I conclude this letter not to defend Jim for what he plead guilty to but rather to let you know from my experiences with Jim that he is a good man to many and I hope in your decision upon sentencing this will be taken into consideration.

Respectfully,  
Frank Shea