# Exhibit 75

August 6, 2016

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District Of New York
100 Federal Plaza
Central Islip, NY 11722

Your Honor,

I met, then Sergeant, James C. Burke on Christmas Eve 1997 when I began dating his friend Anthony D'Orazio a few months earlier. Jimmy welcomed me into his home and treated me like family from day one. Over the course of the next couple of years we rarely saw Jimmy as he was busy building his career and making a name for himself in law enforcement.

On the occasions we were out on socially, without fail someone would recognize Jimmy and want to speak with him about something personal, issues with law, advice on career moves, neighborhood issues or ask him to partake in a community event. No matter how intrusive Jimmy would take the time to listen and do what he could to help the individuals who asked.

I had learned that Jimmy's mom was diagnosed with Stage 4 lung cancer; I quickly realized that Jimmy was not only dealing with the stresses of work, but personally handling his mother's health issues. He was determined, and achieved finding the best course of action while continuing to serve the community.

In September of 2011 I learned that my mother was diagnosed with stage 4 lung cancer. My world had changed and I was absolutely terrified and heartbroken. As soon as Jimmy was made aware of my situation he made a point to sit with me to share all that he had learned about the diagnoses, the various courses of action, expectations and how he had addressed his mother's condition. He guided my family through an extraordinarily troubling time and checked on us frequently to see how we were doing or if we needed anything.

Thanks to his advice and guidance my mother was a cancer survivor. She would tell you that if not for Jimmy Burke, she would not have survived.

Sadly, my mother passed away at age 65 on May 29th, 2015 from a completely unrelated issue. A *mistake* was made at a hospital and my mother died from an infection causing her to "bleed out internally." She passed while I was in route to the hospital. My family and I were completely devastated and heartbroken.

Chief James C. Burke showed his support by attending the funeral services, proudly wearing his uniform, representing the community that my mother loved and served.

My point your Honor, is that everyone makes *mistakes*. Yes Jimmy made a serious error in judgment. His actions did not cause loss of life. His 30 plus year career in law enforcement, of which he was very proud, has been tarnished and he has been incarcerated for over 8 months.

As a life-long resident of Suffolk County, I believe he has paid his debt to society. I humbly request that you allow Jimmy to return home with his family, and take care of his mother in her final days. I can personally attest that not being there when someone you love, and have taken care of for years, expires there is no greater pain.

Respectfully,

*[signature]*

Tracy A. Stigliano


*"To err is human, to forgive, divine"* ~ Alexander Pope

# Exhibit 76

Vincent P. McLaughlin                                              23 July, 2016



Honorable Leonard D. Wexler
Unites States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722


Dear Judge Wexler,

      I have known Mr. James Burke for approximately 35 years. James or "Jimmy" has been a friend of mine and my wife as well as an uncle figure to our four daughters. Jimmy's easy going personality and humble character traits distinguished him markedly from our other friends. His willingness to provide assistance to my 90 year old parents many times over the years is greatly appreciated. Jimmy often asked in his caring and sincere voice "how are your Mom and Dad?" My family and I have always held Mr. James Burke in the highest regard.

      Judge Wexler I want you to know that over the many years as close friends with Jimmy, he is consistently thoughtful, considerate, and courteous to everyone he encounters. I understand Jimmy made a mistake yet he has suffered greatly to this point. Please find in your heart some level of leniency for my friend James Burke. His kind actions have forever influenced my immediate family and my parents in a positive manner. All of us and especially my daughters will pray that you consider Mr. Burke's many accomplishments and service to the New York community when making your decision regarding his judgement.

Respectfully Yours,

Vincent P. McLaughlin

**Exhibit 77**

WESTERMAN BALL EDERER
MILLER ZUCKER & SHARFSTEIN, LLP

John Westerman
Ext. 402
Email: jwesterman@westermanllp.com

July 6, 2016

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: <u>Sentencing of James Burke</u>

Dear Justice Wexler:

James Burke has been my good friend for over ten years. I know Jimmy in both a professional and social capacity and was saddened by the unfortunate events leading to his criminal prosecution. Jimmy always impressed me as an extremely dedicated and concerned public servant who took seriously his obligations to protect and serve all citizens. He could always be counted on to help in any public or personal dilemmas. I believe he first and foremost had the public's best interests at heart when he performed his duties and obligations as a police officer.

I believe Jimmy always did the right thing by the public and those around him. His lack of judgment and his actions leading to his arrest and plea seem to me to be the result of an impulsive, intemperate act, and completely out of character. I am sure that he regrets his decisions and actions in this regard. I certainly believe that the public has suffered the loss of a vigilant and dedicated public servant, and as a result the public has been punished as well.

I hope you will consider my statements and take them into consideration as you determine sentencing to be imposed on Jimmy.

Respectfully yours,

John Westerman

JW/ph

1390645

# Exhibit 78

Kathleen Dominy

████████

Judge Wexler,

This letter is for my friend James Burke. First I would like to tell you a little about me. About 4-4 1/2 years ago I found myself standing before you. You were compassionate and lenient with me. I would like to take this opportunity to thank you for that. I got stupid and greedy. Your clarity and ability to separate my life's work from my mistake saved me from me. I am marked by my mistake but not scarred. Your sentencing for me was 6 months with 3 year's probation . I went to Alderson I am sorry for being so stupid but much happier in my new life. Thank you again for your fairness and compassion.

I have known James (Jim) Burke since 1993. I was attending school to become a massage therapist needed practice bodies; I put up a 3x5 card at the 3rd precinct in Babylon. Jim was my first response. ALL Of our relationship has been professional yet friendly. I have always know Jim to be kind, honest, generous, compassionate, a man of integrity, true to his word, committed to his profession, respectful in his treatment of me and others. And believe me when I speak of respect, as a massage therapist I have seen it all! Never has Jim been anything but a gentleman! Our lives go in and out of each other's paths but it is always good to see Jim.

Over the years I have had many friends "on the job" city and county. Jim's way of being has always different than the others . Jim rose thru the ranks because he is different than the others. He is that RARE breed of police officer and man. He reminds me of the police officer from the Dick and Jane books.

Jim was a client of mine during the investigation of flight 800. During treatment I did try to get some of the gory details , he would not share them with me out of respect for the victims. Others that I treated gave it right up. That's the kind of thing that makes him different than the rest. Jim Burke has spent the majority of his life protecting and serving. Starting as a young boy going into manhood. How many people can say that! THAT'S who he really is in the fiber of his being.

I will always be proud to call Jim Burke friend. He is a great man with a long history of service to his community.

Best,

*Kathleen Dominy*

Exhibit 79

Honorable Leonard D Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11787

Dear Judge Wexler:

I have known Jim Burke since his birth. As a young boy in the schoolyard I witnessed him protecting and defending a young black boy, from several white boys and I admired that. I witnessed him testifying in a murder trial, in spite of threats on his life, and I admired that.

In his early career I was concerned for the risks he was taking in undercover work, at the same time admiring him for his accomplishments.

It seems to me in the press and the political arena, only the mistakes one makes are publicized while ignoring all the good someone does. We all make mistakes; Hillary Clinton and Donald Trump are perfect examples.

I hope, when considering the sentence for Jim Burke, you consider all the good he did throughout his career. I employ over 70 people myself, and consider myself a good judge of character. I can testify Jim Burke is a very good person and deserves leniency.

Respectfully Yours,

Peter N. Guttieri

# Exhibit 80



Richard F Kaiser

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11787

July 20, 2016

Dear Judge Wexler,

My name is Richard Kaiser and I am a Registered Nurse as well as a retired New York city Police Officer.

I met James Burke approximately 32 years ago while we were going through our medicals prior to joining the New York City Police Department. We were sworn into the New York City Police department on Jan 21st 1985 and attended the police academy together. James was a great friend, student, and tutor. James was respected by our instructors as well as all of the recruits he came in contact with. Not only did James tutor me, he would go into the academy early and tutor any recruit who needed help. James was not only concerned with his grades, but the grades of every recruit in the academy. Every recruit who knew James benefitted from his help.

After I retired from the New York city police department I contemplated going back to college. James remembered I mentioned in 1995 wanting to be a nurse after my police career. James encouraged me to go back to college to pursue a nursing career. He knew nothing about nursing but offered to help me study if I needed him to.

During James Police career he helped a lot of people. He not only helped police personnel but residents of Suffolk county. James wanted the quality of life in Suffolk county to be better, and he accomplished that. James also made sure that people living in lower income communities had proper police representation. James was an invaluable support system not only to me but to many. I hope you consider all his accomplishments at sentencing

Sincerely,

Richard Kaiser

**Exhibit 81**

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11787


Dear Judge Wexler,

My name is Angela Linda Sambus, I am local Real Estate agent and long time friend of the Burke family for more than 20 years. I am writing to you today to tell you about the James Burke that I know and not the person one has read about in the newspapers.
The Jimmy I know is a caring family man and dear friend. He is a man with many fine qualities, but his kindness and his ability to connect to all people from the youngest of children to the elderly is what I consider his best one. While he has proven that to me time and time again, the recent years where I have witnessed his loving care of his terminally ill Mother has
truly convinced me about the kind of person he truly is.
For these reasons I ask without reservation that you consider the James Burke I know before you sentence him.

Very truly Yours,


**Angela Linda Sambus**

**CRS, CLHMS, ABR, CHMS**

**Licensed Real Estate Salesperson**

**Platinum Level of Achievement**

**Coach Realtors**

**116 Seventh Street**

**Garden City, NY  11530**

**lsambus@coachrealtors.com**

**Office: (516) 746-5511**

**Fax: (516) 746-5312**

**Cell: (516) 647-2370**

**www.lindasambus.com**

**Exhibit 82**

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District Of New York
100 Federal Plaza
Central Islip, N.Y. 11722

August 9, 2016

Dear Judge Wexler,

My name is Kathleen Stabile and I am writing this letter on behalf of James Burke. My family and I grew up with James.

James has always been a loving, caring, hardworking and respectful person. Who was and is always willing to lend a helping hand to anyone in need. Growing up he always strived to better himself and always wanted to achieve great things, which he has.

Please take into consideration the real James Burke the person we all know and love when it comes time to his sentencing.

Respectfully Yours,

Kathleen Stabile

**Exhibit 83**

# ENRICO S. MANGO, M.D.
### PRACTICE LIMITED TO ORTHOPAEDIC SURGERY

Fellow American Academy
Of Orthopaedic Surgeons

290 East Main Street
Suite 700
Smithtown, New York 11787

Phone: (631) 361-4802
FAX: (631) 361-5376

Honorable Leonard Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Dear Judge Wexler,

My name is Dr. Enrico Mango, I am an orthopedic surgeon practicing in the Smithtown-St. James area for the past 35 years. I would like to share with you my personal, and professional experiences with James Burke.

I met James approximately 20 years ago in my office as a patient. He was always respectful, friendly, and responsible. He followed my advice to help his orthopedic problem. My knowledge of him personally began when both of us were members at the Smithtown Bay Yacht Club.

During this social experience, I observed James to always, without exception, be helpful, and obliging to his fellow yacht club members. Over the years we boated together, I remember at least one occasion where James was the first to respond to a potentially life threatening boating accident on Smithtown Bay. He always put his fellow member's needs first without regard to his own safety. He was well- liked, and highly respected in the club.

Over the years, I also observed his ascension within the ranks of the SCPD. Knowing his personal and professional attributes, it did not surprise me that he eventually became Chief of Police. I was shocked, and saddened when I learned of the serious charges against James.

It is apparent that he has made very poor choices in his important position as Chief of Police. As a result he has lost his profession, and the respect of both his fellow officers, and the public he was hired to serve. He is now about to lose his freedom.

I know that James is extremely remorseful for his actions. I respectfully request that you also consider his many good deeds towards his friends, colleagues, and times where he has served the public well when you decide on his sentence.

Sincerely,

*[signature: Enrico S. Mango]*

# Exhibit 84

## Ed & Barbara Richardson



July 20, 2016

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York   11727

Dear Judge Wexler,

    We are writing this letter on behalf of James Burke.  We have been friends with Jimmy for over 12 years.  We belong to the same boat club and have spent much time together fishing, boating and traveling to different ports.
    Our family has always found Jimmy to be polite and very caring. He would always be the one to stay behind with a fellow boater if they broke down.  He was always the one offering to help anybody with anything and he was always very positive and a lot of fun.

    There were times that we all came back to our house for pizza. Jimmy was always the one who stopped to buy the pizzas and would never take a dime for them.

    We ask that you consider this letter in making your decisions.

Sincerely,

Ed Richardson
Barbara Richardson

# Exhibit 85

PeterTartaglia                April 6, 2016

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

RE: James Burke

Dear U.S. District Judge Wexler,

My name is Peter Tartaglia and am writing regarding James Burke. I am 62 years old and retired from a career in law enforcement as an NYPD Lieutenant in the Major Case Detective Squad.

I have known Jimmy for about 15 years. I have become familiar with him both socially and professionally and have at all times known him to have sound judgement and self-restraint so I was shocked and disappointed upon becoming aware of the circumstances that have brought him, now, before Your Honor.

Having spent 41 years in law enforcement, I am aware of how devastating Burke's highly publicized arrest, conviction, irrevocable and embarrassing end to his law enforcement career and his current lengthy incarceration have been for him. For these reasons his punishment and rehabilitation must surely be complete and the example for local and regional police forces well made. I and the others that love him hope that you will include these circumstances while considering James' upcoming sentencing.

Sincerely,

*[signature]*

Peter Tartaglia

# Exhibit 86

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11787

Dear Judge Wexler,

    My name is Danielle Wischerth and I am a cousin of James Burke. Even though we are only cousins, I have always considered James to be an older brother to me. Growing up James always looked after me and treated me like his little sister. I have always looked up to him for being such an incredible, kind hearted, loving person, who has always gone above and beyond to help not only his friends and family but complete strangers.

    James has always been 150% dedicated to his career as an officer of the law and I can only hope that you can see James for the incredible man that he truly is when it comes time for his sentencing.

Sincerely,

Danielle Wischerth