# CRIMINAL CAUSE FOR SENTENCING

**BEFORE:**  Honorable Leonard D. Wexler
**DATE:**    November 2, 2016
**TIME:**    11:15 to 11:50 (35 Mins.)

**DOCKET:**  15-CR-0627 (LDW)(ARL)
**TITLE:**   USA v. Burke


**APPEARANCES:**
- **James Burke (deft # 1)**
  - Present
  - In Custody
  - Represented by **John C. Meringolo (Retained)**

- United States of America
  - Represented by **Lara Treinis Gatz, AUSA and John Joseph Durham, AUSA**

- Court Reporter:    **Paul Lombardi**

- Courtroom Deputy:  Eric L. Russo

---

✓   Case called.

✓   Defendant sentenced on counts one (1) and two (2) of the two (2) count **Indictment.**

✓   IMPRISONMENT: **Forty-six (46) months** as to counts one (1) and two (2), to run concurrently with one another.

✓   SUPERVISED RELEASE: **Three (3) years** as to counts one (1) and two (2), to run concurrently with one another.

✓   SPECIAL ASSESSMENT: **$200.00, due immediately.**

✓   No fines or Restitution have been ordered.

✓   Defendant **waived** his right to appeal.

✓   Defendant remanded to the custody of the US Marshal Service.

✓   Proceedings concluded.