## CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** United States v. James Burke

**DOCKET NUMBER:** 15-CR-627 (LDW), 16-3842

**COUNSEL'S NAME:** John Meringolo

**COUNSEL'S ADDRESS:** 375 Greenwich St., 7th Fl.
New York, NY 10013

**COUNSEL'S PHONE:** 212-941-2077

### QUESTIONNAIRE

[✓] I am ordering a transcript.
[ ] I am not ordering a transcript. Reason: [ ] Daily copy available  [ ] U.S. Atty. placed order  [ ] Other (attach explanation)

### TRANSCRIPT ORDER

Prepare transcript of

[ ] Pre-trial proceedings: _____ (Description & Dates)

[ ] Trial: _____ (Description & Dates)

[✓] Sentencing: Sentencing hearing held on November 2, 2016 (Description & Dates)

[ ] Post-trial proceedings: _____ (Description & Dates)

I, John Meringolo (counsel's name), hereby certify that I will make satisfactory arrangements with the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [✓] Funds  [ ] CJA Form 24

_____ Counsel's Signature    12/7/16 Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

### ACKNOWLEDGMENT

Date order received: _____     Estimated Number of Pages: _____

Estimated completion date: _____

_____ Court Reporter's Signature     _____ Date

After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.